AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CARLOS H. PEREZ ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| GMAC MORTGAGE USA CORPORATION, et al. ) | **C08 01972** HRL |
| Defendant ) | |

*ADR*
*E-FILING*

**Summons in a Civil Action**

To: HOMECOMINGS FINANCIAL, LLC
   *(Defendant's name)*

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 1 5 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature
Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403 | (408) 294-6100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Carlos H. Perez

DEFENDANT:

GMAC Mortgage USA Corp., et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08-01972-HRL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons Issued as to GMAC Mortgage USA Corporation, Summons Issued as to Greenpoint Mortgage Funding Inc, Summons Issued as to Andrus & Associates Inc, Summons Issued as to Paul Ray Andrus, Summons Issued as to Homecoming Financial LLC, Summons Issued as to Countrywide Home Loans Inc, Summons Issued as to South Pacific Financial Corporation, Summons Issued as to Residential Mortgage Capital, Summons Issued as to James John Chapman, Summons Issued as to Luis G. Barrios,

2. Party Served: Homecomings Financial, LLC

3. Person Served: CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery: April 23, 2008    1:50 pm

BY FAX

5. Address, City and State: 2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.: 2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on April 23, 2008 at Sacramento, California.

Signature: _____
Tyler Dimaria

FF# 6661298

# ONE LEGAL LLC
## CONFIRMATION For **Service of Process**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6661298 | Date: | 4/23/2008 |
|---|---|---|---|

| Customer | CONSUMER LAW CENTER | Attorney | Fred W Schwinn |
|---|---|---|---|
| Customer No. | 0055054 | Attorney e-mail | fred.schwinn@sjconsumerlaw.com |
| Address | 12 S 1ST ST STE 1014 | Contact | Fred W Schwinn |
|  | SAN JOSE, CA  95113-2403 | Contact e-mail | fred.schwinn@sjconsumerlaw.com |
|  |  | Contact Phone | (408) 294-6100 Ext 111 |
|  |  | Contact Fax | (408) 294-6190 |
|  |  | Law Firm File Number | none |

### Case Information:

- Case Number: C08-01972-HRL
- County: SANTA CLARA
- Court: Northern District of California
- Case Short Title: Carlos H. Perez vs. GMAC Mortgage USA Corp., et al.

### Documents Received:  No. Docs: 17  No. Pgs: 300

Summons Issued as to GMAC Mortgage USA Corporation, Summons Issued as to Greenpoint Mortgage Funding Inc, Summons Issued as to Andrus & Associates Inc, Summons Issued as to Paul Ray Andrus, Summons Issued as to Homecoming Financial LLC, Summons Issued as to Countrywide Home Loans Inc, Summons Issued as to South Pacific Financial Corporation, Summons Issued as to Residential Mortgage Capital, Summons Issued as to James John Chapman, Summons Issued as to Luis G. Barrios, Summons Issued as to Elizabeth P. Campos, Complaint, Order Setting Initial Case Management Conference, Notice of Assignment to Magistrate & Forms Packet, ADR Instructions & Forms Packet, ECF Registration Information Handout, ADR Handbook

Party to Serve: Homecomings Financial, LLC        Service address: 2730 GATEWAY OAKS DR STE 100

### This is a Confirmation Only.  Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served<br>Faxed back: 4/23/2008 | CT-CSC | 14.95 |
|  | Check No. | Total: 14.95 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
Sacramento Branch, Ph: 916-446-7666, Fx: 916-446-2111
Thank you for choosing One Legal for your process serving needs.