AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CARLOS H. PEREZ ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| GMAC MORTGAGE USA CORPORATION, et al. ) | |
| Defendant ) | C08 01972 HRL |

*ADR* *E-FILING*

Summons in a Civil Action

To:  LUIS G. BARRIOS
     *(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California  95113-2418

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 1 5 2008

Richard W. Wieking
Name of clerk of court

*(signature)*
Deputy clerk's signature
Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403<br>TELEPHONE NO.: (408) 294-6100<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | |
| PLAINTIFF/PETITIONER: Perez, et al.<br>DEFENDANT/RESPONDENT: GMAC Mortgage USA Corp., et al. | CASE NUMBER:<br>C08-01972-HRL |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons in a Civil Action, First Amended Complaint, Order Setting Initial Case Management Conference, Notice of Assignment to Magistrate & Forms Packet, ADR Instructions & Forms Packet, ECF Registration Information Handout, ADR Handbook

3. a. Party served: Luis G. Barrios, individually and in his official capacity

   b. Person Served: party in item 3a

4. Address where the party was served: 235 Reflections Drive Apt. #16
   San Ramon, CA 94538

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 5/5/2008      (2) at (time): 6:05 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. as an individual defendant.

7. **Person who served papers**
   a. Name:           Roderick Thompson
   b. Address:        One Legal - 194-Marin
                      504 Redwood Blvd #223
                      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 44.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No. 746
          (iii) County ALAMEDA

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 5/6/2008

Roderick Thompson                                          *(signed)* Roderick Thompson
(NAME OF PERSON WHO SERVED PAPERS)                         (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6661303

# ONE LEGAL LLC
## CONFIRMATION For Service of Process



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6661303 | Date: | 5/6/2008 |
|---|---|---|---|

| Customer | CONSUMER LAW CENTER | Attorney | Fred W Schwinn |
|---|---|---|---|
| Customer No. | 0055054 | Attorney e-mail | fred.schwinn@sjconsumerlaw.com |
| Address | 12 S 1ST ST STE 1014 | Contact | Fred W Schwinn |
| | SAN JOSE, CA 95113-2403 | Contact e-mail | fred.schwinn@sjconsumerlaw.com |
| | | Contact Phone | (408) 294-6100 Ext 111 |
| | | Contact Fax | (408) 294-6190 |
| | | Law Firm File Number | none |

**Case Information:**

- Case Number: C08-01972-HRL
- County: SANTA CLARA
- Court: Northern District of California
- Case Short Title: Perez, et al. vs. GMAC Mortgage USA Corp., et al.

**Documents Received:**  No. Docs: 7  No. Pgs: 280

Summons in a Civil Action, First Amended Complaint, Order Setting Initial Case Management Conference, Notice of Assignment to Magistrate & Forms Packet, ADR Instructions & Forms Packet, ECF Registration Information Handout, ADR Handbook

Party to Serve: Luis G. Barrios, individually and in his official capacity    Service address: 235 Reflections Drive Apt. #16

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
| | Check No. | Total: 44.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.