AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CARLOS H. PEREZ  <br>Plaintiff  <br>v.  <br>GMAC MORTGAGE USA CORPORATION, et al.  <br>Defendant | )  <br>)  <br>) Civil Action No.  <br>) C08 01972 HRL  <br>) |

**Summons in a Civil Action**

To: RESIDENTIAL MORTGAGE CAPITAL
      *(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 1 5 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403 | (408) 294-6100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Perez, et al.

DEFENDANT:

GMAC Mortgage USA Corp., et al.

| PROOF OF SERVICE | DATE:<br>8/5/2008 | TIME:<br>1:30 PM | DEPT/DIV:<br>2 | CASE NUMBER:<br>C08-01972-HRL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons in a Civil Action, First Amended Complaint, Order Setting Initial Case Management Conference, Notice of Assignment to Magistrate & Forms Packet, ADR Instructions & Forms Packet, ECF Registration Information Handout, ADR Handbook

2. Party Served:  Residential Mortgage Capital, D/B/A First Security Loan, a California corporation

3. Person Served:  Mary Allen, Office Manager - Person authorized to accept service of process

4. Date & Time of Delivery:  4/29/2008     4:05 PM

5. Address, City and State:  900 Mission Avenue
San Rafael, CA 94901

6. Manner of Service:  Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 74.00

Registered California process server.
County: MARIN
Registration No.:186

James Ruiz
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/30/2008 at Oakland, California.

Signature: _____
James Ruiz

FF# 6661301

# ONE LEGAL LLC

## CONFIRMATION For **Service of Process**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6661301 | Date: 4/30/2008 |
|---|---|---|

Customer CONSUMER LAW CENTER  
Customer No. 0055054  
Address 12 S 1ST ST STE 1014  
SAN JOSE, CA 95113-2403  

Attorney Fred W Schwinn  
Attorney e-mail fred.schwinn@sjconsumerlaw.com  
Contact Fred W Schwinn  
Contact e-mail fred.schwinn@sjconsumerlaw.com  
Contact Phone (408) 294-6100 Ext 111  
Contact Fax (408) 294-6190  
Law Firm File Number none  

**Case Information:**

Case Number C08-01972-HRL  
County SANTA CLARA  
Court Northern District of California  
Case Short Title Perez, et al. vs. GMAC Mortgage USA Corp., et al.  

**Documents Received:**     No. Docs: 7   No. Pgs: 280

Summons in a Civil Action, First Amended Complaint, Order Setting Initial Case Management Conference, Notice of Assignment to Magistrate & Forms Packet, ADR Instructions & Forms Packet, ECF Registration Information Handout, ADR Handbook

Party to Serve: Residential Mortgage Capital, D/B/A First Security Loan, a California    Service address: 900 Mission Avenue San Rafael, CA 94901

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
|  | Remote Area | 30.00 |
|  | Check No. | Total: 74.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:  
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984  
Thank you for choosing One Legal for your process serving needs.