AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| CARLOS H. PEREZ | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. C08-01972 HRL |
| GMAC MORTGAGE USA CORPORATION, et al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To:  JAMES JOHN CHAPMAN
     *(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California  95113-2418

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  APR 1 5 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature
Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403 | (408) 294-6100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Perez, et al.

DEFENDANT:

GMAC Mortgage USA Corp., et al.

| PROOF OF SERVICE | DATE:<br>8/5/2008 | TIME:<br>1:30 PM | DEPT/DIV:<br>2 | CASE NUMBER:<br>C08-01972-HRL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, First Amended Complaint, Order Setting Initial Case Management Conference, Notice of Assignment to Magistrate & Forms Packet, ADR Instructions & Forms Packet, ECF Registration Information Handout, ADR Handbook

2. Party Served:         James John Chapman, individually and in his official capacity

3. Person Served:        party in item 2

   a. Left with:         Mary Allen, Office Manager (W,F,50,BrH)- Person in Charge of Office

4. Date & Time of Delivery:  4/29/2008        4:05 PM

5. Address, City and State:  900 Mission Avenue
                             San Rafael, CA 94901

6. Manner of Service:    By leaving the copies with or in the presence of Mary Allen, Office Manager (W,F,50,BrH), (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

BY FAX

125.00

Registered California process server.
County: MARIN
Registration No.: 186

James Ruiz
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/30/2008 at Oakland, California.

Signature: _____
           James Ruiz

FF# 6661302

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403 | TELEPHONE NO.: (408) 294-6100 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: none | |

Insert name of court, judicial district or branch court, if any.

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:
Perez, et al.

DEFENDANT:
GMAC Mortgage USA Corp., et al.

| PROOF OF SERVICE BY MAIL | DATE: 8/5/2008 | TIME: 1:30 PM | DEPT/DIV: 2 | CASE NUMBER: C08-01972-HRL |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 4/30/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons in a Civil Action, First Amended Complaint, Order Setting Initial Case Management Conference, Notice of Assignment to Magistrate & Forms Packet, ADR Instructions & Forms Packet, ECF Registration Information Handout, ADR Handbook

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

James John Chapman, individually and in his official capacity
900 Mission Avenue
San Rafael, CA 94901

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

125.00

Lee Major
James Ruiz
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/30/2008 at Oakland, California.

*Lee Major*
Lee Major

FF# 6661302

# ONE LEGAL LLC

CONFIRMATION For **Service of Process**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6661302 | Date: 4/30/2008 |
|---|---|---|

Customer CONSUMER LAW CENTER
Customer No. 0055054
Address 12 S 1ST ST STE 1014
SAN JOSE, CA 95113-2403

Attorney Fred W Schwinn
Attorney e-mail fred.schwinn@sjconsumerlaw.com
Contact Fred W Schwinn
Contact e-mail fred.schwinn@sjconsumerlaw.com
Contact Phone (408) 294-6100 Ext 111
Contact Fax (408) 294-6190
Law Firm File Number none

**Case Information:**

Case Number C08-01972-HRL
County SANTA CLARA
Court Northern District of California
Case Short Title Perez, et al. vs. GMAC Mortgage USA Corp., et al.

**Documents Received:**  No. Docs: 7   No. Pgs: 280

Summons in a Civil Action, First Amended Complaint, Order Setting Initial Case Management Conference, Notice of Assignment to Magistrate & Forms Packet, ADR Instructions & Forms Packet, ECF Registration Information Handout, ADR Handbook

Party to Serve: James John Chapman, individually and in his official capacity
Service address: 900 Mission Avenue San Rafael, CA 94901

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Remote Area | 30.00 |
| | Additional Entities | 15.00 |
| | Declaration of Diligence | 10.00 |
| | Copies | 70.00 |
| | Check No. | Total: 125.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.