AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CARLOS H. PEREZ ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| GMAC MORTGAGE USA CORPORATION, et al. ) | C08 01972 HRL |
| Defendant ) | |

**Summons in a Civil Action**

To: SOUTH PACIFIC FINANCIAL CORPORATION
(Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 1 5 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

Tiffany Salinas-Harwell

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403<br>TELEPHONE NO.: (408) 294-6100<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | |

| PLAINTIFF/PETITIONER: Perez | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: GMAC Mortgage USA Corporation., et al. | C08-01972-HRL |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint, Order Setting Initial Case Management Conference, Notice of Assignment to Magistrate & Forms Packet, ADR Instructions & Forms Packet, ECF Registration Information Handout, ADR Handbook

3. a. Party served: South Pacific Financial Corporation

   b. Person Served: Timothy Cahill - Person authorized to accept service of process

**BY FAX**

4. Address where the party was served: 2548 Brennen Way
   Fullerton, CA 92835

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 5/6/2008    (2) at (time): 10:30 PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   South Pacific Financial Corporation

   under:    CCP 416.10 (corporation)

7. Person who served papers
   a. Name:        Wendy Duffield
   b. Address:     One Legal - 194-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 69.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: PSC-408
          (iii) County ORANGE

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 5/7/2008

Wendy Duffield                                                              (signature: W. Duffield)
(NAME OF PERSON WHO SERVED PAPERS)                                          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6661300

# ONE LEGAL LLC
## CONFIRMATION For **Service of Process**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6661300 | Date: | 5/7/2008 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Customer | CONSUMER LAW CENTER | Attorney | Fred W Schwinn |
| Customer No. | 0055054 | Attorney e-mail | fred.schwinn@sjconsumerlaw.com |
| Address | 12 S 1ST ST STE 1014 | Contact | Fred W Schwinn |
| | SAN JOSE, CA  95113-2403 | Contact e-mail | fred.schwinn@sjconsumerlaw.com |
| | | Contact Phone | (408) 294-6100 Ext 111 |
| | | Contact Fax | (408) 294-6190 |
| | | Law Firm File Number | none |

**Case Information:**

- Case Number: C08-01972-HRL
- County: SANTA CLARA
- Court: Northern District of California
- Case Short Title: Perez vs. GMAC Mortgage USA Corporation., et al.

**Documents Received:**     No. Docs: 17   No. Pgs: 300

Summons, Complaint, Order Setting Initial Case Management Conference, Notice of Assignment to Magistrate & Forms Packet, ADR Instructions & Forms Packet, ECF Registration Information Handout, ADR Handbook

Party to Serve: South Pacific Financial Corporation     Service address: 2548 Brennen Way, Fullerton, CA 92835

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
| | Remote Area | 25.00 |
| | Check No. | **Total:** 69.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.