```
LOCKE LORD BISSELL & LIDDELL LLP
John Hochhausler (SBN: 143801)
jhochhausler@lockelord.com
Nina Huerta (SBN: 229070)
nhuerta@lockelord.com
300 South Grand Avenue, Suite 800
Los Angeles, CA  90071
Phone:  213-485-1500
Fax:  213-485-1200

Thomas J. Cunningham (*pro hac vice* application pending)
tcunningham@lockelord.com
J. Matthew Goodin (*pro hac vice* application pending)
mgoodin@lockelord.com
111 South Wacker Drive
Chicago, Illinois  60606
Phone:  312-443-0472
Fax:  312-896-6472

Attorneys for Defendants
GMAC MORTGAGE USA CORPORATION,
HOMECOMINGS FINANCIAL, LLC and
EXECUTIVE TRUSTEE SERVICES, LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ, individually and on behalf of the general public, | CASE NO. C08-01972-HRL |
| Plaintiff, | **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT** |
| v. | |
| GMAC MORTGAGE USA CORPORATION a/k/a GMAC MORTGAGE, LLC, a Delaware corporation, et al., | |
| Defendants. | |

WHEREAS Plaintiff filed a First Amended Complaint (the "FAC") in this matter on April 23, 2008;

///

---

1

1   WHEREAS in light of the numerous defendants named in this proceeding and
2   the numerous causes of action asserted in the FAC, the parties have agreed that
3   Defendants GMAC Mortgage USA Corporation ("GMACM USA"), Homecomings
4   Financial, LLC ("Homecomings") and Executive Trustee Services, LLC ("ETS"),
5   may have additional time, up to and including June 13, 2008, to answer or otherwise
6   plead in response to the FAC;
7   IT IS HEREBY STIPULATED by the parties, through their undersigned
8   counsel, that GMACM USA, Homecomings and ETS shall have up to and including
9   June 13, 2008 to answer or otherwise plead in response to the FAC.

11  Dated: May 8, 2008                    LOCKE LORD BISSELL & LIDDELL LLP

13                                         By: /s/_____
                                                J. Matthew Goodin

15                                         One of the Attorneys for Defendants GMAC
16                                         MORTGAGE USA CORPORATION,
                                           HOMECOMINGS FINANCIAL, LLC and
17                                         EXECUTIVE TRUSTEE SERVICES, LLC

19  Dated: May 8, 2008                    CONSUMER LAW CENTER, INC.

21                                         By: /s/_____
22                                              Fred W. Schwinn

23                                         One of the Attorneys for Plaintiff CARLOS
24                                         H. PEREZ

## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

Dated: May 8, 2008

LOCKE LORD BISSELL & LIDDELL LLP

By: /s/ Nina Huerta
Nina Huerta

One of the Attorneys for Defendants GMAC MORTGAGE USA CORPORATION, HOMECOMINGS FINANCIAL, LLC and EXECUTIVE TRUSTEE SERVICES, LLC

CHI1 1487796v.1

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA, 90071-3119

3
STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT
*Perez v. GMAC Mortgage USA Corporation, et al.*, No. C08-01972-HRL