1  MICHAEL J. STEINER (State Bar No. 112079)
   jbs@severson.com
2  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendant
7  GreenPoint Mortgage Funding

8                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9                         SAN JOSE DIVISION

| 10-26 | |
|---|---|
| CARLOS H. PEREZ, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE USA CORPORATION, a/k/a GMAC MORTGAGE, LLC. a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, d/b/a FIRST SECURITY LOAN, a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES I through 20, inclusive.,<br><br>Defendants. | Case No.:  5:08-CV-01972-HRL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[LOCAL RULE 6-1]** |

1 | Pursuant to Local Rule 6-1, the parties, by and through their respective counsel, hereby stipulate that Defendant GreenPoint Mortgage Funding ("GreenPoint") shall have 15 additional days to respond to Plaintiff's complaint. The response date will therefore be continued from May 13 to May 28, 2008.

IT IS SO STIPULATED.

DATED: May 9, 2008                    CONSUMER LAW CENTER


                                      By:  _____/S/_____
                                              Fred W. Schwinn

                                      Attorney for Plaintiff
                                      Carlos H. Perez


DATED: May 9, 2008                    SEVERSON & WERSON
                                      A Professional Corporation


                                      By:  _____/S/_____
                                               Sunny S. Huo

                                      Attorneys for Defendant
                                      GreenPoint Mortgage Funding

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 1 -

22222/2222/670385.1                   Stipulation to Extend Time to Respond to Complaint
                                      Case No. 5:08-CV-01972-HRL