```
1   Sanford Shatz    State Bar No. 127229
    Sandy_Shatz@Countrywide.com
2   5220 Las Virgenes Road, MS: AC-11
3   Calabasas, California 91302
    Telephone: (818) 871-6062
4   Fax: (818) 871-4669
5
    Attorneys for Defendant Countrywide Home Loans, Inc.
6
7
                    UNITED STATES DISTRICT COURT
8
        FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
9
10
11  CARLOS H. PEREZ, individually and on  )  Case No.: C08-01972-HRL
    behalf of the general public,         )
12                                        )  Hon. Howard R. Lloyd
                                          )  Courtroom 2
13              Plaintiff,                )
                                          )
14       vs.                              )
                                          )  STIPULATION TO EXTEND THE TIME
15  GMAC MORTGAGE USA CORPORATION, )  FOR COUNTRYWIDE HOME LOANS, INC.
    A/K/A GMAC MORTGAGE, LLC, a           )  TO RESPOND TO COMPLAINT
16  Delaware corporation; MORTGAGE        )  [NO HEARING REQUESTED]
17  ELECTRONIC REGISTRATION SYSTEMS, )
    INC., a Delaware corporation; EXECUTIVE )
18  TRUSTEE SERVICES, LLC, a Delaware     )
19  limited liability company; GREENPOINT )
    MORTGAGE FUNDING, INC., a New York )
20  corporation; ANDRUS & ASSOCIATES,     )
    INC., a California corporation; PAUL RAY )
21  ANDRUS, individually and in his official )
22  capacity; HOMECOMINGS FINANCIAL, )
    LLC, a Delaware limited liability company; )
23  COUNTRYWIDE HOME LOANS, INC., a  )
24  New York corporation; SOUTH PACIFIC )
    FINANCIAL CORPORATION, a California )
25  corporation; RESIDENTIAL MORTGAGE )
    CAPITAL, D/B/A FIRST SECURITY LOAN; )
26  a California corporation;             )
27                                        )
28  _____)
```

s:\ss\lic\Perez-GMAC\stip-ext-time    -1-

STIPULATION TO EXTEND TIME FOR COUNTRYWIDE HOME LOANS, INC. TO RESPOND TO COMPLAINT

```
 1  JAMES JOHN CHAPMAN, individually and  )
    in his official capacity; LUIS G. BARRIOS,  )
 2  individually and in his official capacity;  )
    ELIZABETH P. CAMPOS, individually and in )
 3  her official capacity; and DOES 1 through 20,  )
 4  inclusive,                             )
                                           )
 5              Defendants.                )
                                           )
 6  _____)
 7
 8       It is stipulated by and between the parties, plaintiff Carlos H. Perez and defendant
 9  Countrywide Home Loans, Inc., by and through their attorneys of record The Consumer Law
10  Center, Inc., by Fred W. Schwinn, and Sanford Shatz, attorney at law, respectively, as follows:
11       1.   The response by Countrywide Home Loans, Inc. to the first amended complaint is
12  currently due on May 13, 2008.
13       2.   The parties agree that Countrywide Home Loans, Inc. may respond to the first
14  amended complaint up to and including June 13, 2008.
15
16  DATED: May 13, 2008             By: _____
                                        FRED SCHWINN
17                                      Attorneys for Plaintiff
                                        Carlos H. Perez
18
19  DATED: May 13, 2008             By: _____
20                                      SANFORD SHATZ
                                        Attorneys for Defendant
21                                      Countrywide Home Loans, Inc.
22
23
24
25
26
27
28
```

s:\ss\lc\Perez-GMAC\stip-ext-time                    - 2 -

STIPULATION TO EXTEND TIME FOR COUNTRYWIDE HOME LOANS, INC. TO RESPOND TO COMPLAINT