```
 1  LOCKE LORD BISSELL & LIDDELL LLP
    John Hochhausler (SBN: 143801)
 2  jhochhausler@lockelord.com
    Nina Huerta (SBN: 229070)
 3  nhuerta@lockelord.com
    300 South Grand Avenue, Suite 800
 4  Los Angeles, CA  90071
    Phone: 213-485-1500
 5  Fax: 213-485-1200

 6  Thomas J. Cunningham (pro hac vice)
    tcunningham@lockelord.com
 7  J. Matthew Goodin (pro hac vice)
    mgoodin@lockelord.com
 8  111 South Wacker Drive
    Chicago, Illinois  60606
 9  Phone: 312-443-0472
    Fax: 312-896-6472
10
    Attorneys for Defendants
11  GMAC MORTGAGE USA CORPORATION,
    HOMECOMINGS FINANCIAL, LLC and
12  EXECUTIVE TRUSTEE SERVICES, LLC
```

FILED

2008 MAY 19  P 1:30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ, individually and on behalf of the general public,<br><br>    Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE USA CORPORATION a/k/a GMAC MORTGAGE, LLC, a Delaware corporation, et al.,<br><br>    Defendants. | CASE NO. C08-01972-HRL<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Thomas J. Cunningham, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants GMAC

---

1  MORTGAGE USA CORPORATION, HOMECOMINGS FINANCIAL, LLC and
2  EXECUTIVE TRUSTEE SERVICES, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Nina Huerta, Locke Lord Bissell & Liddell LLP, 300 South Grand Avenue, Suite 800, Los Angeles, California 90071; telephone: 213.485.1500.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 15, 2008

*/s/ Thomas J. Cunningham*
Thomas J. Cunningham

LA 600433v.1