ROBERT F. EPSTEIN (SBN 154373)
PATRICK M. MACIAS (SBN 118167)
SARAH N. LÉGER (SBN 226877)
RAGGHIANTI   FREITAS
A Limited Liability Partnership
874 Fourth Street
San Rafael, California 94901
Telephone:  (415) 453-9433
Facsimile:   (415) 453-8269

Attorneys for Defendants
RESIDENTIAL MORTGAGE CAPITAL
dba FIRST SECURITY LOAN CORP. and
JAMES JOHN CHAPMAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS H. PEREZ, individually, and on behalf of the general public, | Case No.: C08-01972-HRL |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| GMAC MORTGAGE USA CORPORATION, AKA GMAC MORTGAGE, LLC, a Delaware corporation; MORTGAGE ELECTRONIC REGIOSTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL DBA FIRST SECURITY LOAN, a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. | |

---

1
**PROOF OF SERVICE**

CAMPOS, individually and in her official )
capacity; and DOES 1 through 20, )
inclusive, )
                    Defendants. )
                                       )

1. At the time of service I was over 18 years of age and not a party to this action.
2. My business address is 874 Fourth Street, Suite D, San Rafael, California 94901.
3. On May 19, 2008 I served the following document(s):

**ANSWER AND DEFENSES OF DEFENDANTS RESIDENTIAL MORTGAGE CAPITAL DBA FIRST SECURITY LOAN CORP AND JAMES JOHN CHAPMAN**

4. I served the documents on the persons below, as follows:

**See Attached Service List**

5. The documents were served by the following means:

__X__     By United States mail. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.
     I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Rafael, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 19, 2008 at San Rafael, California.

                                                Jessica L. Durfee

United States District Court, Northern District of California
Honorable Howard R. Lloyd
Case No.: C08-01972-HRL

## SERVICE LIST

Thomas J. Cunningham
111 South Wacker Drive
Chicago, IL 60606

John Hockhausler
Lock Lord Bissell & Liddell LLP
300 South Grand Avenue, Ste. 1800
Los Angeles, CA 90071

Balam O. Letona
Law Office of Balam O. Letona, Inc.
1347 Pacific Avenue, Ste. 203
Santa Cruz, CA 95060

PROOF OF SERVICE