RECEIVED
2008 MAY 19 PM 1:30
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**\*ORDER E-FILED 5/20/2008\***

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ, individually and on behalf of the general public,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE USA CORPORATION a/k/a GMAC MORTGAGE, LLC, a Delaware corporation, et al.,<br><br>　　　　　　Defendants. | CASE NO. C08-01972-HRL<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Thomas J. Cunningham, an active member in good standing of the bar of Illinois whose business address and telephone number is 111 South Wacker Drive, Chicago, Illinois 60606, telephone: 312.443.0472, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants GMAC MORTGAGE USA CORPORATION, HOMECOMINGS FINANCIAL, LLC and EXECUTIVE TRUSTEE SERVICES, LLC.

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA 90071-3119

1

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
*Perez v. GMAC Mortgage USA Corporation, et al.*, No. C08-01972-HRL

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the
2  terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
3  appearance *pro hac vice*. Service of papers upon and communication with co-counsel
4  designated in the application will constitute notice to the party. All future filings in
5  this action are subject to the requirements contained in General Order No. 45,
6  *Electronic Case Filing*.

7

8  Dated: May 20, 2008                    _____
9                                          Hon. Howard R. Lloyd
                                            United States Magistrate Judge
10

11  LA 600439v.1

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA, 90071-3119

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2