1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendant
7  GreenPoint Mortgage Funding

8                     UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
9                           SAN JOSE DIVISION

| 10 | CARLOS H. PEREZ, individually, and on behalf of the general public, | Case No.: 5:08-CV-01972-HRL |
|---|---|---|
| 11 | | |
| 12 | Plaintiff, | **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| 13 | vs. | **[LOCAL RULE 6-1]** |
| 14 | GMAC MORTGAGE USA CORPORATION, a/k/a GMAC MORTGAGE, LLC. a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, d/b/a FIRST SECURITY LOAN, a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES I through 20, inclusive., Defendants. | |

27
28

11456/0007/670385.2                                    Stipulation to Extend Time to Respond to Complaint
                                                       Case No. 5:08-CV-01972-HRL

1  Pursuant to Local Rule 6-1, the parties, by and through their respective counsel, hereby
2  stipulate that Defendant GreenPoint Mortgage Funding ("GreenPoint") shall have 12 additional
3  days to respond to Plaintiff's complaint. The response date will therefore be continued from May
4  28 to June 9, 2008.

5  IT IS SO STIPULATED.

6  DATED: May 28, 2008                    CONSUMER LAW CENTER

8                                         By:    /S/ Fred W. Schwinn
                                                     Fred W. Schwinn

10                                         Attorney for Plaintiff
                                           Carlos H. Perez

12  DATED: May 28, 2008                    SEVERSON & WERSON
                                           A Professional Corporation

15                                         By:    /S/ Sunny S. Huo
                                                     Sunny S. Huo

16                                         Attorneys for Defendant
                                           GreenPoint Mortgage Funding

18  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signature (/S/) within this efiled document.

- 1 -