1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  GREENPOINT MORTGAGE FUNDING, INC.
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE USA CORPORATION, a/k/a GMAC MORTGAGE, LLC. a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, d/b/a FIRST SECURITY LOAN, a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES I through 20, inclusive.,<br><br>Defendants. | Case No.:  5:08-CV-01972-HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

11456/0007/673064.1

Declination To Proceed Before A Magistrate Judge and A Request
For Reassignment To A United States District Judge
Case No.:  5:08-CV-01972-HRL

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:  May 28, 2008                    SEVERSON & WERSON
                                        A Professional Corporation


                                        By:_____/S/ Sunny S. Huo_____
                                                    Sunny S. Huo

                                        Attorneys for Defendants
                                        GREENPOINT MORTGAGE FUNDING, INC.

11456/0007/673064.1

- 1 -
Declination To Proceed Before A Magistrate Judge and Request
For Reassignment To A United States District Judge
Case No.:  5:08-CV-01972-HRL