GRANTED

*Judge James Ware*

5/29/2008

| | |
|---|---|
| 1 | MICHAEL J. STEINER (State Bar No. 112079) |
|   | mjs@severson.com |
| 2 | SUNNY S. HUO (State Bar No. 181071) |
|   | ssh@severson.com |
| 3 | SEVERSON & WERSON |
|   | A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA  94111 |
| 5 | Telephone: (415) 398-3344 |
|   | Facsimile: (415) 956-0439 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | GreenPoint Mortgage Funding |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| 10 | CARLOS H. PEREZ, individually, and on behalf of the general public, | Case No.: 5:08-CV-01972-JW |
| 11 | | |
| 12 | Plaintiff, | **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| 13 | vs. | **[LOCAL RULE 6-1]** |
| 14 | GMAC MORTGAGE USA CORPORATION, a/k/a GMAC MORTGAGE, LLC. a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, d/b/a FIRST SECURITY LOAN, a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES I through 20, inclusive., | |
| 26 | Defendants. | |

Pursuant to Local Rule 6-1, the parties, by and through their respective counsel, hereby stipulate that Defendant GreenPoint Mortgage Funding ("GreenPoint") shall have 12 additional days to respond to Plaintiff's complaint. The response date will therefore be continued from May 28 to June 9, 2008.

IT IS SO STIPULATED.

DATED: May 28, 2008        CONSUMER LAW CENTER

By:  /S/ Fred W. Schwinn
            Fred W. Schwinn

Attorney for Plaintiff
Carlos H. Perez

DATED: May 28, 2008        SEVERSON & WERSON
                           A Professional Corporation

By:  /S/ Sunny S. Huo
            Sunny S. Huo

Attorneys for Defendant
GreenPoint Mortgage Funding

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 1 -

11456/0007/670385.2                     Stipulation to Extend Time to Respond to Complaint
                                        Case No. 5:08-CV-01972-HRL