```
 1  WRIGHT, FINLAY & ZAK, LLP
    Robin Prema Wright, Esq., SBN 150984
 2  Sonia A. Plesset, Esq., SBN 156456
 3  4665 MacArthur Court, Suite 280
    Newport Beach, CA 92660
 4  Tel: (949) 477-5050; Fax: (949) 477-9200 (Perez/Pleading/Designation of Lead Counsel)
    rwright@wrightlegal.net; splesset@wrightlegal.net
 5
 6  Attorneys for Defendant,
    SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation
 7
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ, individually and on behalf of the general public, | Case No.: C08-01972-JW(HRL) |
| Plaintiff, | **DESIGNATION OF LEAD COUNSEL** |
| vs. | Complaint filed: April 15, 2008 |
| GMAC MORTGAGE USA CORPORATION, A/K/A GMAC MORTGAGE, LLC, a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEES SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, D/B/A FIRST SECURITY LOAN; a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES 1 through 20, inclusive, | |
| Defendants. | |

DESIGNATION OF LEAD COUNSEL

1  **NOW COMES** Defendant, South Pacific Financial Corporation, ("South Pacific") and
2  hereby states as follows:
3      The firm of Wright, Finlay & Zak, LLP, ("Firm"), is attorney of record for Defendant,
4  South Pacific Financial Corporation ("Defendant") in the above-captioned case. Attorneys
5  Robin Prema Wright and Sonia A. Plesset are acting as co-lead counsel on this case. Both
6  attorneys are duly admitted to practice before this Court. Given the shared responsibility of the
7  complex issues in this case, we would like both Ms. Wright and Ms. Plesset to be designated as
8  Lead Counsel, and would like the Court to recognize each of the attorneys as Lead Counsel when
9  appearing at hearings and/or trial.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: June 5, 2008        By: _____
Robin P. Wright, Esq.
Sonia A. Plesset, Esq.
Attorneys for Defendant,
SOUTH PACIFIC FINANCIAL
CORPORATION

2

DESIGNATION OF LEAD COUNSEL

**PROOF OF SERVICE**

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On June 6, 2008, I served the within **DESIGNATION OF LEAD COUNSEL** on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**SEE SERVICE LIST**

[x]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission.

[ ]   (BY PERSONAL SERVICE) I have caused our Service of Process, First Legal to serve all interested parties in this action.

[ ]   (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 6, 2008, at Newport Beach, California.

_/Gretchen Grant/_
Gretchen Grant

| | |
|---|---|
| 1 | **SERVICE LIST** |

2  Fred W. Schwinn, Esq.
3  CONSUMER LAW CENTER, INC.
   12 South First Street, Suite 1014
4  San Jose, California 95113
   408-296-6100; Fax: 408-624-6100
5  Email: fred.schwinn@sjconsumerlaw.com

6
   Balam O. Letona, Esq.
7  LAW OF OFFICE OF BALAM O. LETONA, INC.
   1347 Pacific Avenue, Suite 203
8  Santa Cruz, California 95060
   831-421-0200; Fax: 831-621-9659
9  Email: letonalaw@gmail.com
10 **Attorneys for Plaintiff, CARLOS H. PEREZ**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE