| | |
|---|---|
| 1 | MICHAEL J. STEINER (State Bar No. 112079) |
|   | mjs@severson.com |
| 2 | SUNNY S. HUO (State Bar No. 181071) |
|   | ssh@severson.com |
| 3 | SEVERSON & WERSON |
|   | A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA 94111 |
| 5 | Telephone: (415) 398-3344 |
|   | Facsimile: (415) 956-0439 |
| 6 |   |
|   | Attorneys for Defendant |
| 7 | GreenPoint Mortgage Funding, Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| 10 | CARLOS H. PEREZ, individually, and on behalf of the general public, | Case No.: 5:08-CV-01972-HRL |
| 11 |  | |
| 12 | Plaintiff, | **GREENPOINT MORTGAGE FUNDING INC'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)** |
| 13 | vs. |  |
| 14 | GMAC MORTGAGE USA CORPORATION, a/k/a GMAC MORTGAGE, LLC. a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, d/b/a FIRST SECURITY LOAN, a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES I through 20, inclusive., Defendants. | |

11456/0007/672380.1                                   GreenPoint Mortgage's Notice of Motions and
                                                                                   Motions to Dismiss
                                                                       Case No. 5:08-CV-01972- HRL

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, on _____ 2008, or as soon thereafter as may be heard in the above-entitled Court, located at 280 South 1st Street, San Jose, California, defendant GreenPoint Mortgage Funding, Inc. will and hereby does move to dismiss the First Amended Complaint of Plaintiff Carlos Perez pursuant to Federal Rule of Civil Procedure 12(b)(6) on the ground that Plaintiff's 12th cause of action for "elder abuse" fails to state a claim for which relief may be granted.

The Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the First Amended Complaint, and all other papers on file in this action.

DATED: May 28, 2008                           SEVERSON & WERSON
                                              A Professional Corporation

                                              By: /S/ _____
                                                      Sunny S. Huo

                                              Attorneys for Defendant
                                              GreenPoint Mortgage Funding

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
7  Attorneys for Defendant
   GreenPoint Mortgage Funding, Inc.

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                      SAN JOSE DIVISION

10 | CARLOS H. PEREZ, individually, and on | Case No.: 5:08-CV-01972-HRL
   | behalf of the general public, |
11 | | **MEMORANDUM OF POINTS AND**
   | Plaintiff, | **AUTHORITIES IN SUPPORT OF**
12 | | **GREENPOINT MORTGAGE**
   | vs. | **FUNDING INC'S MOTION TO**
13 | | **DISMISS**
   | GMAC MORTGAGE USA CORPORATION, |
14 | a/k/a GMAC MORTGAGE, LLC. a Delaware | Date: July 28, 2008
   | corporation; MORTGAGE ELECTRONIC | Time: 9:00 a.m.
15 | REGISTRATION SYSTEMS, INC., a | Dept.: 8
   | Delaware corporation; EXECUTIVE | Judge: Judge James Ware
16 | TRUSTEE SERVICES, LLC, a Delaware |
   | limited liability company; GREENPOINT |
17 | MORTGAGE FUNDING, INC., a New York |
   | corporation; ANDRUS & ASSOCIATES, |
18 | INC., a California corporation; PAUL RAY |
   | ANDRUS, individually and in his official |
19 | capacity; HOMECOMINGS FINANCIAL, |
   | LLC, a Delaware limited liability company; |
20 | COUNTRYWIDE HOME LOANS, INC., a |
   | New York corporation; SOUTH PACIFIC |
21 | FINANCIAL CORPORATION, a California |
   | corporation; RESIDENTIAL MORTGAGE |
22 | CAPITAL, d/b/a FIRST SECURITY LOAN, a |
   | California corporation; JAMES JOHN |
23 | CHAPMAN, individually and in his official |
   | capacity; LUIS G. BARRIOS, individually and |
24 | in his official capacity; ELIZABETH P. |
   | CAMPOS, individually and in her official |
25 | capacity; and DOES 1 through 20, inclusive., |
26 | Defendants. |

27
28

11456/0007/672380.2                          Memorandum of Points and Authorities in Support of
                                              GreenPoint Mortgage's Motions to Dismiss
                                              Case No. 5:08-CV-01972- HRL

## I. INTRODUCTION

Plaintiff Carlos Perez has sued several mortgage lenders for various violations related to the origination of certain residential mortgage loans.

By this motion, GreenPoint Mortgage seeks to dismiss plaintiff's 12th cause of action on the grounds that it failed to state a claim.

Plaintiff's 12th cause of action is for "Elder Abuse"—specifically, for violation of California's Elder Abuse Act (Cal. Welf. & Inst. Code, § 15600 *et seq*.). The Elder Abuse Act, however, does not provide for an independent cause of action, only enhanced remedies for other causes of action. Accordingly, that "cause of action" fails and should be dismissed.

## II. ARGUMENT

### A. Alleged Violation Of The Elder Abuse Act Is Not A Cause of Action

Plaintiff's 12th cause of action is for the alleged violation of California's Elder Abuse Act. Such a violation, however, does not give rise to an independent cause of action.

In *ARA Living Ctrs-Pac., Inc. v. Superior Court*, the California court of appeals traced the legislative history of the Elder Abuse Act and concluded that it "fell short of creating a cause of action" for elder abuse. (*ARA Living Ctrs-Pac., Inc. v. Superior Court* (1993) 18 Cal.App.4th 1556, 1563-64.)

This was reaffirmed more recently by the court of appeals in *Berkley v. Dowds*: the Elder Abuse Act "does not create a cause of action," instead, it permits the recovery of certain heightened remedies [1] under other causes of action. (*Berkley v. Dowds* (2007) 152 Cal.App.4th 518, 529.)

Plaintiff's 11th cause of action fails as plead and therefore should be dismissed.

///

///

///

---

[1] Plaintiff has already sought the "enhanced remedies" in his other causes of action.

## III. CONCLUSION

For the foregoing reasons, GreenPoint requests that the Court grant this motion.

DATED: May 28, 2008                         SEVERSON & WERSON
                                            A Professional Corporation


                                            By:  */S/ Sunny S. Huo*
                                                    Sunny S. Huo

                                            Attorneys for Defendant
                                            GreenPoint Mortgage Funding

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

11456/0007/672380.2                    2    Memorandum of Points and Authorities in Support of
                                            GreenPoint Mortgage's Motions to Dismiss
                                            Case No. 5:08-CV-01972- HRL

|   |   |   |
|---|---|---|
| 1 | MICHAEL J. STEINER (State Bar No. 112079) | |
|   | mjs@severson.com | |
| 2 | SUNNY S. HUO (State Bar No. 181071) | |
|   | ssh@severson.com | |
| 3 | SEVERSON & WERSON | |
|   | A Professional Corporation | |
| 4 | One Embarcadero Center, Suite 2600 | |
|   | San Francisco, CA 94111 | |
| 5 | Telephone: (415) 398-3344 | |
|   | Facsimile: (415) 956-0439 | |
| 6 | | |
|   | Attorneys for Defendant | |
| 7 | GreenPoint Mortgage Funding, Inc. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| CARLOS H. PEREZ, individually, and on behalf of the general public, | | Case No.: 5:08-CV-01972-HRL |
| Plaintiff, | | **[PROPOSED] ORDER GRANTING GREENPOINT MORTGAGE FUNDING INC'S MOTION TO DISMISS** |
| vs. | | |
| GMAC MORTGAGE USA CORPORATION, a/k/a GMAC MORTGAGE, LLC. a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, d/b/a FIRST SECURITY LOAN, a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES 1 through 20, inclusive., | | Date: July 28, 2008<br>Time: 9:00 a.m.<br>Dept.: 8<br>Judge: Judge James Ware |
| Defendants. | | |

1. The Motion of defendant GreenPoint Mortgage Funding, Inc. ("GreenPoint") for an order dismissing the 12th Cause of Action in Plaintiff's First Amended Complaint has been duly noticed and served on all interested parties, and came on regularly for hearing before this Court.

All arguments, papers and evidence considered and good cause appearing, the Court hereby orders that:

1. GreenPoint's 12(b)(6) Motion to Dismiss is GRANTED WITHOUT LEAVE TO AMEND as to Plaintiff's 12th cause of action for "elder abuse".

IT IS SO ORDERED.

DATED:_____        _____        _____