Perez, et al. v. GMAC, et al.
Case No.: 5:08-CV-01972-HRL

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**GREENPOINT MORTGAGE FUNDING INC'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF GREENPOINT MORTGAGE FUNDING INC'S MOTION TO DISMISS**

**[PROPOSED] ORDER GRANTING GREENPOINT MORTGAGE FUNDING INC'S MOTION TO DISMISS**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| John Hockhausler | Balam O Letona |
| Locke Lord Bissell & Liddell LLP | Law Office of Balam O. Letona, Inc. |
| 300 South Grand Avenue | Suite 203 |
| Suite 800 | 1347 Pacific Avenue |
| Los Angeles, CA 90071 | Suite 203 |
| | Santa Cruz, CA 95060-3940 |

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **(BY FAX)** By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error. The attached transmission report, which sets forth the date and time for the transmission, was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in San Francisco, California, on June 9, 2008.

　　　　　　　　　　　　　　　　　　　_/S/ C.L. Sloan_
　　　　　　　　　　　　　　　　　　　C.L. Sloan

11456/0007/674831.1