| | |
|---|---|
| 1 | MICHAEL J. STEINER (State Bar No. 112079) |
|   | mjs@severson.com |
| 2 | SUNNY S. HUO (State Bar No. 181071) |
|   | ssh@severson.com |
| 3 | JOSHUA E. WHITEHAIR |
|   | jew@severson.com |
| 4 | SEVERSON & WERSON |
|   | A Professional Corporation |
| 5 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA 94111 |
| 6 | Telephone: (415) 398-3344 |
|   | Facsimile: (415) 956-0439 |
| 7 | |
| 8 | Attorneys for Defendant |
|   | GreenPoint Mortgage Funding, Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| 11 | CARLOS H. PEREZ, individually, and on behalf of the general public, | Case No.: 5:08-CV-01972-HRL |
| 12 | | **CERTIFICATE OF INTERESTED PARTIES** |
| 13 | Plaintiff, | |
| 14 | vs. | **LOCAL RULE 3-16** |
| 15 | GMAC MORTGAGE USA CORPORATION, a/k/a GMAC MORTGAGE, LLC. a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, d/b/a FIRST SECURITY LOAN, a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES 1 through 20, inclusive., | |
| | Defendants. | |

11456/0007/673022.1

CERTIFICATE OF INTERESTED PARTIES
Case No. 5:08-CV-01972- HRL

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Headlands Mortgage Company — parent company of GreenPoint Mortgage

Capital One, National Association — parent company of Headlands Mortgage

DATED: June 9, 2008

SEVERSON & WERSON
A Professional Corporation

By: */S/ Sunny S. Huo*
 Sunny S. Huo

Attorneys for Defendant
GreenPoint Mortgage Funding

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

---

11456/0007/673022.1    1    CERTIFICATE OF INTERESTED PARTIES
Case No. 5:08-CV-01972-HRL

Perez, et al. v. GMAC, et al.
Case No.: 5:08-CV-01972-HRL

## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**CERTIFICATE OF INTERESTED PARTIES – LOCAL RULE 3-16**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| John Hockhausler<br>Locke Lord Bissell & Liddell LLP<br>300 South Grand Avenue<br>Suite 800<br>Los Angeles, CA 90071 | Balam O Letona<br>Law Office of Balam O. Letona, Inc.<br>Suite 203<br>1347 Pacific Avenue<br>Suite 203<br>Santa Cruz, CA 95060-3940 |

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **(BY FAX)** By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error. The attached transmission report, which sets forth the date and time for the transmission, was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in San Francisco, California, on June 9, 2008.

_/S/ C.L. Sloan_
C.L. Sloan