WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Sonia A. Plesset, Esq., SBN 156456
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200 *(Perez/Pleading/Certificate of Interested Parties)*
rwright@wrightlegal.net; splesset@wrightlegal.net

Attorneys for Defendant,
SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ, individually and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE USA CORPORATION, A/K/A GMAC MORTGAGE, LLC, a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEES SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, D/B/A FIRST SECURITY LOAN; a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: C08-01972- JW(HRL)<br><br>**SOUTH PACIFIC FINANCIAL CORPORATION'S CERTIFICATE AND NOTICE OF INTERESTED PARTIES**<br><br>LOCAL RULE 3-16<br><br>Complaint filed: April 15, 2008 |

CERTIFICATE OF INTERESTED PARTIES

1  **TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

2       The undersigned, counsel of record for Defendant South Pacific Financial
3  Corporation, certifies that the following listed parties have a direct, pecuniary
4  interest in the outcome of this case.  These representations are made to enable the
5  Court to evaluate possible disqualification or recusal.
6       NONE.

7

8                                              Respectfully submitted,
9                                              WRIGHT, FINLAY & ZAK, LLP

10

11  Dated: June 13, 2008              By:   /Robin Prema Wright/
12                                          Robin Prema Wright, Esq.
                                            Sonia A. Plesset, Esq.
13                                          Attorneys for Defendant,
                                            SOUTH PACIFIC FINANCIAL
14                                          CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERESTED PARTIES

**PROOF OF SERVICE**

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On June 13, 2008, I served the within **SOUTH PACIFIC FINANCIAL CORPORATION'S CERTIFICATE AND NOTICE OF INTERESTED PARTIES** on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**SEE SERVICE LIST**

[x]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission.

[ ]   (BY PERSONAL SERVICE) I have caused our Service of Process, First Legal to serve all interested parties in this action.

[ ]   (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 13, 2008, at Newport Beach, California.

/Gretchen Grant/
Gretchen Grant

## SERVICE LIST

Fred W. Schwinn, Esq.
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113
408-296-6100; Fax: 408-624-6100
Email: fred.schwinn@sjconsumerlaw.com
Balam O. Letona, Esq.
LAW OF OFFICE OF BALAM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, California 95060
831-421-0200; Fax: 831-621-9659
Email: letonalaw@gmail.com
**Attorneys for Plaintiff, CARLOS H. PEREZ**

James Matthew Goodin
Locke Lord Bissell & Liddell LLP
111 S. Wacher Drive
Chicago, IL 60606
312-443-0472; Fax 312-896-6472
Nina Huerta
Locke Lord Bissell & Liddell, LLP
300 south Grand Ave., Suite 800
Los Angeles, CA 90071
213-485-1500; Fax: 213-485-1200
**Attorneys for GMAC Mortgage USA Corporation**
**And Executive Trustee Service, LLC**
**And Homecoming Financial, LLC**

Sunny S. Huo, Esq.
Severson & Werson
One Embarcadero Center, 25th Floor
San Francisco, CA 94111
415-398-3344
**Attorneys for Greenpoint Mortgage Funding, Inc.**

Patrick M. Macias
Ragghianti Freitas LLP
874 Fourth Street
San Rafael, CA 94901
415-453-9433; Fax: 415-453-8269
**Attorneys for Residential Mortgage Capital and**
**James John Chapman**