LOCKE LORD BISSELL & LIDDELL LLP
John M. Hochhausler (SBN: 143801)
jhochhausler@lockelord.com
Nina Huerta (SBN: 229070)
nhuerta@lockelord.com
300 South Grand Avenue, Eighth Floor
Los Angeles, California 90071
Telephone:   213.485.1500
Facsimile:    213.485.1200

Thomas J. Cunningham (*pro hac vice*)
tcunningham@lockelord.com
J. Matthew Goodin (*pro hac vice*)
mgoodin@lockelord.com
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-0472
Fax: 312-896-6472

Attorneys for Defendants
GMAC MORTGAGE USA CORPORATION, HOMECOMINGS FINANCIAL, LLC and EXECUTIVE TRUSTEE SERVICES, LLC

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ, individually and on behalf of the general public,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE USA CORPORATION, a/k/a GMAC MORTGAGE, LLC, a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, | CASE NO. C08-01972-JW<br><br>**DEFENDANTS GMAC MORTGAGE USA CORPORATION, HOMECOMINGS FINANCIAL, LLC AND EXECUTIVE TRUSTEE SERVICES, LLC'S *REVISED* NOTICE RE: PARTIAL MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Hon. James Ware<br><br>Date:　July **28**, 2008<br>Time:　9:00 a.m.<br>Place:　Courtroom 8 |

1

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA, 90071-3119

| | |
|---|---|
| INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, D/B/A FIRST SECURITY LOAN; a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES 1 through 20, inclusive,<br><br>                      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## *REVISED* NOTICE OF PARTIAL MOTION TO DISMISS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July **28**, 2008[1], at 9:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court, Defendants GMAC Mortgage USA Corporation ("GMACM"), Homecomings Financial, LLC ("Homecomings") and Executive Trustee Services, LLC ("Executive" and sometimes collectively referred to with GMACM and Homecomings as the "Moving Parties") will bring for hearing before the Honorable James Ware, United States District Judge, in Courtroom 8 of the United States Courthouse located at 280 South First Street, San Jose, California, a Partial Motion to Dismiss the First Amended Complaint filed by Carlos H. Perez. This Motion is brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and is based on this Notice of Motion and Motion, the incorporated Memorandum of Points and Authorities, the additional documents filed concurrently herewith, the pleadings, papers and records on file in this action, and such oral argument as may be presented at the time of the hearing.

With this Motion, the Moving Parties seek an order from the Court granting the following relief:

---

[1] Defendants provide this Revised Notice because their prior notice erroneously referenced a July 21, 2008 hearing date. Defendants have agreed with Plaintiff that the hearing should proceed on July 28, 2008.

2

1. Dismissing Count One alleging violations of the Truth in Lending Act, 15 U.S.C. §§ 1601, *et seq.* ("TILA"), because Plaintiff's claims for civil damages and rescision are time-barred and/or barred by applicable Ninth Circuit authority;

2. Dismissing Count Two alleging violations of TILA as to all but Plaintiff's claim for rescision pursuant to section 1635 of TILA because any other form of relief is time-barred;

3. Dismissing Counts Three and Four alleging violations of the Real Estate and Settlement Procedures Act, 12 U.S.C. §§ 2601, *et seq.* ("RESPA"), because the claims are time-barred and because Plaintiff does not allege facts sufficient to sustain a claim against the Moving Parties; and

4. Dismissing Counts Six, Eleven and Twelve alleging "civil conspiracy" and violations of Cal. Bus. & Prof. Code §§ 17200, *et seq.* (the "UCL") and Cal. Welf. & Inst. Code §§ 15601, *et seq.* (the "Elder Abuse Act"), respectively, because the claims asserted are not recognized causes of action and/or Plaintiff does not allege facts sufficient to sustain the claims against the Moving Parties.[2]

Dated: June 13, 2008

LOCKE LORD BISSELL & LIDDELL LLP

By: /s/ J. Matthew Goodin
Attorneys for Defendants
GMAC MORTGAGE USA CORPORATION, HOMECOMINGS FINANCIAL, LLC and EXECUTIVE TRUSTEE SERVICES, LLC

---

[2] Although this Motion does not seek dismissal of the Complaint in its entirety—Plaintiff's claim for rescision of the Greenpoint Loans (part of Count Two) will remain if the Court grants the Motion—the filing of this Motion tolls the deadline for the Moving Parties to answer. *See, e.g., Batdorf v. TransUnion*, No. C 00-0501 CRB, 2000 WL 635455, *5 (N.D. Cal. May 8, 2000). To the extent a response to the claims and allegations of the Complaint that are not addressed by this Motion is required now, the Moving Parties deny all such claims and allegations and reserve all applicable defenses.

3

GMAC MORTGAGE USA CORPORATION, HOMECOMINGS FINANCIAL, LLC AND EXECUTIVE TRUSTEE SERVICES, LLC'S REVISED NOTICE OF PARTIAL MOTION TO DISMISS THE FIRST AMENDED COMPLAINT (CASE NO. C08-01972-JW)