UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS H. PEREZ,<br><br>        Plaintiff(s),<br><br>  v.<br><br>GMAC MORTGAGE USA CORPORATION, ET AL.,<br><br>        Defendant(s).<br>_____/ | No. C 08-01972 JW<br><br>CLERK'S NOTICE CONTINUING MOTION HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Defendants' Motions to Dismiss (Docket Items 51 and 46) before Judge James Ware previously noticed for July 21, 2008 and July 28, 2008 at 9:00 AM respectively have been noticed for dates unavailable to the Court. Defendants' Motions have been reset to **October 6, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: June 13, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy