

| | |
|---|---|
| 1 | MICHAEL J. STEINER (State Bar No. 112079) |
| | mjs@severson.com |
| 2 | SUNNY S. HUO (State Bar No. 181071) |
| | ssh@severson.com |
| 3 | SEVERSON & WERSON |
| | A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA 94111 |
| 5 | Telephone: (415) 398-3344 |
| | Facsimile: (415) 956-0439 |
| 6 | |
| 7 | Attorneys for Defendant |
| | GreenPoint Mortgage Funding, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ, individually, and on behalf of the general public, | Case No.: 5:08-CV-01972-HRL |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT** |
| vs. | |
| GMAC MORTGAGE USA CORPORATION, a/k/a GMAC MORTGAGE, LLC. a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, d/b/a FIRST SECURITY LOAN, a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES I through 20, inclusive., | |
| Defendants. | |

11456/0007/673063.2

Stipulation and Proposed Order to Strike
Portions of First Amended Complaint
Case No. 5:08-CV-01972-HRL

Plaintiff and defendant GreenPoint Mortgage Funding stipulate to striking the following from the First Amended Complaint:

1. Caption, the words: "and on behalf of general public"

2. Paragraph 310, the words: "and in his capacity as a private attorney general."

3. Paragraph 311, the words: "representative of" (line 25); and "group and as a private attorney general on behalf of the general public and other" (lines 25-26).

4. Paragraph 314, the words: "and other unsophisticated Spanish speaking customers of the general public" (line 17); "and members of the general public" (line 19); and "and other members of the general public who were sold home loans by Defendants" (line 22).

5. Paragraph 316, the words: "and other members of the general public who were sold home loans by Defendant."

6. Paragraph 318, the words: "and other members of the general public" (line 8).

7. Paragraph 319, the words: "and members of the general public" (line 11); "if not millions" (line 11); "and other members of the general public" (line 12).

8. Paragraph 320, the words: "and members of the general public" (line 16).

IT IS SO STIPULATED.

DATED: June 9, 2008                     CONSUMER LAW CENTER

                                        By: /S/
                                            Fred W. Schwinn
                                        Attorney for Plaintiff
                                        Carlos H. Perez

DATED: June 9, 2008                     SEVERSON & WERSON
                                        A Professional Corporation

                                        By: /S/
                                            Sunny S. Huo
                                        Attorneys for Defendant
                                        GreenPoint Mortgage Funding

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

1  For good cause shown, the Court GRANTS the parties' Stipulation to strike portions of the First Amended Complaint. The Court will order an Amended Complaint after the hearing on Defendants' Motion for Partial dismissal currently set for October 6, 2008.

2  DATED:  June 23, 2008        _____*James Ware*_____

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Perez, et al. v. GMAC, et al.
Case No.: 5:08-CV-01972-HRL

## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**STIPULATION AND PROPOSED ORDER TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| John Hockhausler<br>Locke Lord Bissell & Liddell LLP<br>300 South Grand Avenue<br>Suite 800<br>Los Angeles, CA 90071 | Balam O Letona<br>Law Office of Balam O. Letona, Inc.<br>Suite 203<br>1347 Pacific Avenue<br>Suite 203<br>Santa Cruz, CA 95060-3940 |

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **(BY FAX)** By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error. The attached transmission report, which sets forth the date and time for the transmission, was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in San Francisco, California, on June 9, 2008.

                                                        */S/ C.L. Sloan*
                                                        C.L. Sloan