Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 296-6100
Facsimile Number: (408) 294-6100
Email Address: fred.schwinn@sjconsumerlaw.com

Balám O. Letona (SBN 229642)
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, California 95060-3940
Telephone Number: (831) 421-0200
Facsimile Number: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiff
CARLOS H. PEREZ

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ, individually and on behalf of the general public,<br><br>                    Plaintiff,<br><br>     v.<br><br>GMAC MORTGAGE USA CORPORATION, A/K/A GMAC MORTGAGE, LLC, a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation;  PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, D/B/A FIRST | Case No.: C08-01972-JW-HRL<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, LUIS G. BARRIOS** |

|   |   |
|---|---|
| 1 | SECURITY LOAN; a California corporation;  JAMES JOHN CHAPMAN, individually and in his official capacity;  LUIS G. BARRIOS, individually and in his official capacity;  ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES 1 through 20, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

TO: CLERK OF THE DISTRICT COURT:

　　　Please enter a default in this matter against Defendant, LUIS G. BARRIOS, on the ground that said party has failed to plead or otherwise defend this action within the time prescribed by the Federal Rules of Civil Procedure.  Specific facts supporting the entry of default are set forth in the accompanying declaration of counsel.

Dated: June 27, 2008

By: /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Balám O. Letona (SBN 229642)
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, California  95060-3940
Telephone Number: (831) 421-0200
Facsimile Number: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiff
CARLOS H. PEREZ

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 296-6100
   Facsimile Number: (408) 294-6100
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Balám O. Letona (SBN 229642)
   LAW OFFICE OF BALÁM O. LETONA, INC.
6  1347 Pacific Avenue, Suite 203
   Santa Cruz, California  95060-3940
7  Telephone Number: (831) 421-0200
   Facsimile Number: (831) 621-9659
8  Email: letonalaw@gmail.com

9  
   Attorneys for Plaintiff
10 CARLOS H. PEREZ

11                UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                        SAN JOSE DIVISION

13

| CARLOS H. PEREZ, individually and on behalf of the general public, | Case No.: C08-01972-JW-HRL |
|---|---|
| Plaintiff, | **DECLARATION OF COUNSEL IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, LUIS G. BARRIOS** |
| v. | |
| GMAC MORTGAGE USA CORPORATION, A/K/A GMAC MORTGAGE, LLC, a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, D/B/A FIRST | |

DECLARATION OF COUNSEL                                              Case No. C08-01972-JW-HRL

SECURITY LOAN; a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES 1 through 20, inclusive,

Defendants.

FRED W. SCHWINN, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am an attorney and counselor at law, duly admitted to practice before this Court, and the counsel of record for Plaintiff. In my capacity as the counsel of record for Plaintiff, I have personal knowledge of the matters stated in this declaration.

2. I hereby make application to the Clerk of this Court for entry of default as to Defendant, LUIS G. BARRIOS, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application do show that:

a. Defendant was personally served with copies of Plaintiff's Summons and Complaint on May 5, 2008, as authorized by California Code of Civil Procedure § 415.10 and Rule 4(c)(1), Federal Rules of Civil Procedure;

b. Upon Plaintiff's information and belief, Defendant, being an individual with his principal place of business in Fremont, California, is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. § 520;

c. Defendant has neither answered nor otherwise responded formally to Plaintiff's Summons and Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of

1  Civil Procedure, has expired;

2          d.    Copies of this Declaration and the Request for Entry of Default, seeking entry of default, which are being filed herewith, have this date been served upon Defendant by regular mail, postage prepaid.

      Executed on June 27, 2008, at San Jose, California.

          By: /s/ Fred W. Schwinn
          Fred W. Schwinn (SBN 225575)
          CONSUMER LAW CENTER, INC.
          12 South First Street, Suite 1014
          San Jose, California  95113-2418
          Telephone Number: (408) 294-6100
          Facsimile Number: (408) 294-6190
          Email Address: fred.schwinn@sjconsumerlaw.com

          Balám O. Letona (SBN 229642)
          LAW OFFICE OF BALÁM O. LETONA, INC.
          1347 Pacific Avenue, Suite 203
          Santa Cruz, California  95060-3940
          Telephone Number: (831) 421-0200
          Facsimile Number: (831) 621-9659
          Email: letonalaw@gmail.com

          Attorneys for Plaintiff
          CARLOS H. PEREZ

- 3 -
DECLARATION OF COUNSEL          Case No. C08-01972-JW-HRL

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 296-6100
   Facsimile Number: (408) 294-6100
4  Email Address: fred.schwinn@sjconsumerlaw.com

5
   Balám O. Letona (SBN 229642)
6  LAW OFFICE OF BALÁM O. LETONA, INC.
   1347 Pacific Avenue, Suite 203
7  Santa Cruz, California 95060-3940
   Telephone Number: (831) 421-0200
8  Facsimile Number: (831) 621-9659
   Email: letonalaw@gmail.com
9
   Attorneys for Plaintiff
10 CARLOS H. PEREZ

11                      UNITED STATES DISTRICT COURT
12               FOR THE NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION
13

| | |
|---|---|
| CARLOS H. PEREZ, individually and on behalf of the general public, | Case No.: C08-01972-JW-HRL |
| Plaintiff, | **CERTIFICATE OF SERVICE BY MAIL** |
| v. | |
| GMAC MORTGAGE USA CORPORATION, A/K/A GMAC MORTGAGE, LLC, a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, D/B/A FIRST | |

|   |   |
|---|---|
| 1 | SECURITY LOAN; a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES 1 through 20, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

STATE OF CALIFORNIA        )
                                               ) ss:
COUNTY OF SANTA CLARA )

      I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is 12 South First Street, Suite 1014, San Jose, California 95113-2418. On June 27, 2008, I served the following:

      1. REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, LUIS G. BARRIOS

      2. DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANT, LUIS G. BARRIOS

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California addressed as follows:

| **DEFENDANT:**<br>Luis G. Barrios<br>Andrus & Associates, Inc.<br>39650 Liberty Street, Suite 410<br>Fremont, CA 94538-2261 | **DEFENDANT:**<br>Luis G. Barrios<br>235 Reflections Drive, #16<br>San Ramon, CA 94583-4734 |
|---|---|

- 2 -

CERTIFICATE OF SERVICE BY MAIL                Case No. C08-01972-JW-HRL

1  I declare under penalty of perjury that the foregoing is true and correct and that this declaration
2  was executed at San Jose, California on June 27, 2008.
3
4  /s/ Fred W. Schwinn