Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 296-6100
Facsimile Number: (408) 294-6100
Email Address: fred.schwinn@sjconsumerlaw.com

Balám O. Letona (SBN 229642)
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, California  95060-3940
Telephone Number: (831) 421-0200
Facsimile Number: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiff
CARLOS H. PEREZ

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ, individually and on behalf of the general public, | Case No.: C08-01972-JW-HRL |
| Plaintiff, | **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, ELIZABETH P. CAMPOS** |
| v. | |
| GMAC MORTGAGE USA CORPORATION, A/K/A GMAC MORTGAGE, LLC, a Delaware corporation;  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation;  EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company;  GREENPOINT MORTGAGE FUNDING, INC., a New York corporation;  ANDRUS & ASSOCIATES, INC., a California corporation;   PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation;  SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation;  RESIDENTIAL MORTGAGE CAPITAL, D/B/A FIRST | |

- 1 -

1  SECURITY LOAN; a California
   corporation;  JAMES JOHN CHAPMAN,
2  individually and in his official capacity;
   LUIS G. BARRIOS, individually and in his
3  official capacity;  ELIZABETH P.
   CAMPOS, individually and in her official
4  capacity; and DOES 1 through 20,
   inclusive,
5
6                          Defendants.
7
8  TO: CLERK OF THE DISTRICT COURT:

9        Please enter a default in this matter against Defendant, ELIZABETH P. CAMPOS, on the

10 ground that said party has failed to plead or otherwise defend this action within the time prescribed by

11 the Federal Rules of Civil Procedure.  Specific facts supporting the entry of default are set forth in the

12 accompanying declaration of counsel.

13

14

15 Dated: June 27, 2008                By: /s/ Fred W. Schwinn
                                       Fred W. Schwinn (SBN 225575)
16                                     CONSUMER LAW CENTER, INC.
                                       12 South First Street, Suite 1014
17                                     San Jose, California  95113-2418
                                       Telephone Number: (408) 294-6100
18                                     Facsimile Number: (408) 294-6190
                                       Email Address: fred.schwinn@sjconsumerlaw.com
19

20                                     Balám O. Letona (SBN 229642)
                                       LAW OFFICE OF BALÁM O. LETONA, INC.
21                                     1347 Pacific Avenue, Suite 203
                                       Santa Cruz, California  95060-3940
22                                     Telephone Number: (831) 421-0200
                                       Facsimile Number: (831) 621-9659
23                                     Email: letonalaw@gmail.com

24
                                       Attorneys for Plaintiff
25                                     CARLOS H. PEREZ

26

27

28

REQUEST FOR ENTRY OF DEFAULT                        Case No. C08-01972-JW-HRL

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 296-6100
   Facsimile Number: (408) 294-6100
4  Email Address: fred.schwinn@sjconsumerlaw.com

5
   Balám O. Letona (SBN 229642)
6  LAW OFFICE OF BALÁM O. LETONA, INC.
   1347 Pacific Avenue, Suite 203
7  Santa Cruz, California  95060-3940
   Telephone Number: (831) 421-0200
8  Facsimile Number: (831) 621-9659
   Email: letonalaw@gmail.com
9
   Attorneys for Plaintiff
10 CARLOS H. PEREZ

11              **UNITED STATES DISTRICT COURT**
             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12                    **SAN JOSE DIVISION**
13

14 CARLOS H. PEREZ, individually and on        Case No.: C08-01972-JW-HRL
   behalf of the general public,
15                                              **DECLARATION OF COUNSEL**
                            Plaintiff,          **IN SUPPORT OF REQUEST FOR**
16                                              **ENTRY OF DEFAULT AGAINST**
              v.                                **DEFENDANT, ELIZABETH P.**
17                                              **CAMPOS**
   GMAC MORTGAGE USA
18 CORPORATION, A/K/A GMAC
   MORTGAGE, LLC, a Delaware
19 corporation;  MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS, INC., a
20 Delaware corporation;  EXECUTIVE
   TRUSTEE SERVICES, LLC, a Delaware
21 limited liability company;  GREENPOINT
   MORTGAGE FUNDING, INC., a New
22 York corporation;  ANDRUS &
   ASSOCIATES, INC., a California
23 corporation;   PAUL RAY ANDRUS,
   individually and in his official capacity;
24 HOMECOMINGS FINANCIAL, LLC, a
   Delaware limited liability company;
25 COUNTRYWIDE HOME LOANS, INC., a
   New York corporation;  SOUTH PACIFIC
26 FINANCIAL CORPORATION, a
   California corporation;  RESIDENTIAL
27 MORTGAGE CAPITAL, D/B/A FIRST
28

DECLARATION OF COUNSEL                          Case No. C08-01972-JW-HRL

1  SECURITY LOAN; a California
2  corporation; JAMES JOHN CHAPMAN,
   individually and in his official capacity;
3  LUIS G. BARRIOS, individually and in his
   official capacity; ELIZABETH P.
4  CAMPOS, individually and in her official
   capacity; and DOES 1 through 20,
5  inclusive,

6                                    Defendants.

7

8        FRED W. SCHWINN, hereby declares under penalty of perjury, pursuant to 28 U.S.C. §

9  1746, that the following statements are true and correct:

10       1.      I am an attorney and counselor at law, duly admitted to practice before this

11 Court, and the counsel of record for Plaintiff.  In my capacity as the counsel of record for Plaintiff, I

12 have personal knowledge of the matters stated in this declaration.

13       2.      I hereby make application to the Clerk of this Court for entry of default as to

14 Defendant, ELIZABETH P. CAMPOS, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in

15 support of this application do show that:

16       a.      Defendant was personally served with copies of Plaintiff's Summons and

17 Complaint on May 5, 2008, as authorized by California Code of Civil Procedure § 415.10 and Rule 4(c)

18 (1), Federal Rules of Civil Procedure;

19       b.      Upon Plaintiff's information and belief, Defendant, being an individual

20 with her principal place of business in Fremont, California, is neither an infant nor an incompetent

21 person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is

22 not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. § 520;

23       c.      Defendant has neither answered nor otherwise responded formally to

24 Plaintiff's Summons and Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of

DECLARATION OF COUNSEL                              Case No. C08-01972-JW-HRL

1  Civil Procedure, has expired;

2          d.      Copies of this Declaration and the Request for Entry of Default, seeking

3  entry of default, which are being filed herewith, have this date been served upon Defendant by regular

4  mail, postage prepaid.

5

6          Executed on June 27, 2008, at San Jose, California.

7                                  By: /s/ Fred W. Schwinn
                                   Fred W. Schwinn (SBN 225575)
8                                  CONSUMER LAW CENTER, INC.
                                   12 South First Street, Suite 1014
9                                  San Jose, California  95113-2418
                                   Telephone Number: (408) 294-6100
10                                 Facsimile Number: (408) 294-6190
                                   Email Address: fred.schwinn@sjconsumerlaw.com
11

12                                 Balám O. Letona (SBN 229642)
                                   LAW OFFICE OF BALÁM O. LETONA, INC.
13                                 1347 Pacific Avenue, Suite 203
                                   Santa Cruz, California  95060-3940
14                                 Telephone Number: (831) 421-0200
                                   Facsimile Number: (831) 621-9659
15                                 Email: letonalaw@gmail.com

16

17                                 Attorneys for Plaintiff
                                   CARLOS H. PEREZ

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF COUNSEL                                    Case No. C08-01972-JW-HRL

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 296-6100
   Facsimile Number: (408) 294-6100
4  Email Address: fred.schwinn@sjconsumerlaw.com

5
   Balám O. Letona (SBN 229642)
6  LAW OFFICE OF BALÁM O. LETONA, INC.
   1347 Pacific Avenue, Suite 203
7  Santa Cruz, California  95060-3940
   Telephone Number: (831) 421-0200
8  Facsimile Number: (831) 621-9659
   Email: letonalaw@gmail.com

9
   Attorneys for Plaintiff
10 CARLOS H. PEREZ

11             **UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12                  **SAN JOSE DIVISION**

13

14 CARLOS H. PEREZ, individually and on       Case No.: C08-01972-JW-HRL
   behalf of the general public,

15                                           **CERTIFICATE OF SERVICE**
                          Plaintiff,         **BY MAIL**
16      v.

17 GMAC MORTGAGE USA
   CORPORATION, A/K/A GMAC
18 MORTGAGE, LLC, a Delaware
   corporation;  MORTGAGE ELECTRONIC
19 REGISTRATION SYSTEMS, INC., a
   Delaware corporation;  EXECUTIVE
20 TRUSTEE SERVICES, LLC, a Delaware
   limited liability company;  GREENPOINT
21 MORTGAGE FUNDING, INC., a New
   York corporation;  ANDRUS &
22 ASSOCIATES, INC., a California
   corporation;   PAUL RAY ANDRUS,
23 individually and in his official capacity;
   HOMECOMINGS FINANCIAL, LLC, a
24 Delaware limited liability company;
   COUNTRYWIDE HOME LOANS, INC., a
25 New York corporation;  SOUTH PACIFIC
26 FINANCIAL CORPORATION, a
   California corporation;  RESIDENTIAL
27 MORTGAGE CAPITAL, D/B/A FIRST
28

                          - 1 -

1  SECURITY LOAN; a California
2  corporation;  JAMES JOHN CHAPMAN,
   individually and in his official capacity;
3  LUIS G. BARRIOS, individually and in his
   official capacity;  ELIZABETH P.
4  CAMPOS, individually and in her official
   capacity; and DOES 1 through 20,
5  inclusive,

6                              Defendants.

7

8  STATE OF CALIFORNIA            )
9                                 ) ss:
   COUNTY OF SANTA CLARA          )

10

11      I am employed in the County of Santa Clara, California.  I am over the age of eighteen years and

12 not a party to the within entitled cause.  My business address is 12 South First Street, Suite 1014, San

13 Jose, California  95113-2418.  On June 27, 2008, I served the following:

14      1.  REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, ELIZABETH P.
15          CAMPOS

16      2.  DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT AGAINST
            DEFENDANT, ELIZABETH P. CAMPOS
17

18 on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope

19 with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California

20 addressed as follows:

21

22 | **DEFENDANT:** | **DEFENDANT:** |
23 | Elizabeth P. Campos | Elizabeth P. Campos |
   | Andrus & Associates, Inc. | 1386 Kubicek Way |
24 | 39650 Liberty Street, Suite 410 | Brentwood, CA  94513-2270 |
   | Fremont, CA  94538-2261 | |
25

26

27

28

---

CERTIFICATE OF SERVICE BY MAIL                Case No. C08-01972-JW-HRL

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California on June 27, 2008.

/s/ Fred W. Schwinn

CERTIFICATE OF SERVICE BY MAIL                    Case No. C08-01972-JW-HRL