**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

July 3, 2008

RE:  CV 08-01972 JW    CARLOS H. PEREZ-v- GMAC MORTGAGE USA CORPORATION, ET AL.

Default is entered as to Luis G. Barrios on 7/1/08.

RICHARD W. WIEKING, Clerk

by Sandy Morris
Case Systems Administrator

NDC TR-4  Rev. 3/89