**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
───────────────
www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                            408.535.5364

July 3, 2008


RE:  CV 08-01972 JW        CARLOS H. PEREZ-v- GMAC MORTGAGE USA CORPORATION, ET AL.


Default is entered as to Elizabeth P. Campos on 7/1/08.



                                        RICHARD W. WIEKING, Clerk


                                        bySandy Morris
                                        Case Systems Administrator










NDC TR-4  Rev. 3/89