BRYAN CAVE LLP
James Goldberg (California Bar No. 107790)
Stephanie A. Blazewicz (California Bar No. 240359)
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907
Telephone:    415-675-3400
Facsimile:    415-675-3434
James.Goldberg@bryancave.com
Stephanie.blazewicz@bryancave.com

Attorneys for Defendant
Countrywide Home Loans, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE USA CORPORATION, A/K/A GMAC MORTGAGE, LLC, a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, D/B/A FIRST SECURITY LOAN; a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. C08-01972-HRL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT COUNTRYWIDE HOME LOANS, INC.** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| Countrywide Home Loans, Inc. | Defendant |
| Countrywide Financial Corporation | Owns 100% of Countrywide Home Loans, Inc. |
| Bank of America Corporation | Owns 100% of Countrywide Financial Corporation |

Bank of America Corporation is a publicly-traded entity. Neither Countrywide Home Loans, Inc., nor Countrywide Financial Corporation issue stock to the public.

Dated: July 17, 2008
**BRYAN CAVE LLP**
James Goldberg
Stephanie A. Blazewicz

By: /s/ Stephanie A. Blazewicz
Stephanie A. Blazewicz
Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907