OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
2008 JUL -8 P 3:12
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FWD

7007 0220 0004 4395 5398

ELIZABETH P. CAMPOS
1386 KUBICEK WAY
BRENTWOOD, CA 94513-2270

RETURN TO SENDER
CAMPOS ELIZABETH
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
BC: 95113309500   RETURN TO SENDER
*1356-01911-01-41

945 NEE 1 007C 30 07/05/08



02 1A
0004327683
MAILED FROM ZIP CODE 95113
$05.32⁰
JUL 01 2008
PITNEY BOWES

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ELIZABETH P. CAMPOS
1386 KUBICEK WAY
BRENTWOOD, CA 94513-2270

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7007 0220 0004 4395 5398

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

```
                                                    DEFAULT ENTERED
                                                        7/1/2008
                                                    RICHARD W. WIEKING, CLERK
                                                    By_____
                                                           Deputy Clerk
```

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 296-6100
   Facsimile Number: (408) 294-6100
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Balám O. Letona (SBN 229642)
   LAW OFFICE OF BALÁM O. LETONA, INC.
6  1347 Pacific Avenue, Suite 203
   Santa Cruz, California 95060-3940
7  Telephone Number: (831) 421-0200
   Facsimile Number: (831) 621-9659
8  Email: letonalaw@gmail.com

9  Attorneys for Plaintiff
10 CARLOS H. PEREZ

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ, individually and on behalf of the general public,<br><br>                  Plaintiff,<br>v.<br><br>GMAC MORTGAGE USA CORPORATION, A/K/A GMAC MORTGAGE, LLC, a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, D/B/A FIRST | Case No.: C08-01972-JW-HRL<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, ELIZABETH P. CAMPOS** |

- 1 -

REQUEST FOR ENTRY OF DEFAULT                                         Case No. C08-01972-JW-HRL

| | |
|---|---|
| 1 | SECURITY LOAN; a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES 1 through 20, inclusive, |
| | Defendants. |

TO: CLERK OF THE DISTRICT COURT:

Please enter a default in this matter against Defendant, ELIZABETH P. CAMPOS, on the ground that said party has failed to plead or otherwise defend this action within the time prescribed by the Federal Rules of Civil Procedure. Specific facts supporting the entry of default are set forth in the accompanying declaration of counsel.

Dated: June 27, 2008

By: /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Balám O. Letona (SBN 229642)
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, California 95060-3940
Telephone Number: (831) 421-0200
Facsimile Number: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiff
CARLOS H. PEREZ

REQUEST FOR ENTRY OF DEFAULT                    Case No. C08-01972-JW-HRL