Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
CARLOS H. PEREZ

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ,<br><br>                           Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE USA CORPORATION, *et al.*,<br><br>                           Defendants. | Case No.: C08-01972-JW-HRL<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)   Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the Court's ADR Internet site www.adr.cand.uscourts.gov  (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2)   Discussed the available dispute resolution options provided by the Court and private entities; and

(3)   Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7-23-2008                                         _____
                                                         Carlos H. Perez, Plaintiff

Dated: 7-23-08                                           _____
                                                         Fred W. Schwinn, Esq.
                                                         Attorney for Plaintiff