Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
CARLOS H. PEREZ

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>GMAC MORTGAGE USA CORPORATION, A/K/A GMAC MORTGAGE, LLC, a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation;   PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, D/B/A FIRST SECURITY LOAN; a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official | Case No. C08-01972-JW-HRL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

|   |   |
|---|---|
| 1 | capacity; and DOES 1 through 20, inclusive, |
| 2 |   |
| 3 | Defendants. |

WHEREAS, the Court has set an Initial Case Management Conference in this case for August 25, 2008, at 10:00 a.m.;

WHEREAS, not all of Defendants have yet been served, in fact, two Defendants are currently actively avoiding service;

WHEREAS, Defendant, GREENPOINT MORTGAGE FUNDING, INC., has filed a Motion to Dismiss which is set for hearing on October 6, 2008, at 9:00 a.m.;

WHEREAS, Defendants, GMAC MORTGAGE USA CORPORATION, HOMECOMINGS FINANCIAL, LLC, and EXECUTIVE TRUSTEE SERVICES, LLC, have filed a Partial Motion to Dismiss which is set for hearing on October 6, 2008, at 9:00 a.m.; and

WHEREAS, because the case is not at issue and numerous Defendants have not yet answered, it is currently not practical for the parties to complete their initial meet and confer to discuss discovery plans and settlement options.

In light of the foregoing, the undersigned parties, through their counsel, hereby request that the Court continue the Initial Case Management Conference currently set for August 25, 2008, at 10:00 a.m. to December 8, 2008 at 10:00 a.m. or to a convenient date thereafter.

IT IS SO STIPULATED.

Dated: July 25, 2008                                CONSUMER LAW CENTER, INC.


                                                    By: /s/ Fred W. Schwinn
                                                        Fred W. Schwinn, Esq.
                                                        Attorney for Plaintiff
                                                        Carlos H. Perez

| | | |
|---|---|---|
| 1 | Dated: July 25, 2008 | LOCKE LORD BISSELL & LIDDELL, LLP |
| 2 | | |
| 3 | | By: /s/ James Matthew Goodin |
| 4 | | James Matthew Goodin, Esq.<br>Attorneys for Defendants |
| 5 | | GMAC Mortgage USA Corp.; Executive Trustee Service, LLC; and Homecomings |
| 6 | | Financial LLC |
| 7 | | |
| 8 | Dated: July 25, 2008 | WRIGHT FINLAY & ZAK, LLP |
| 9 | | |
| 10 | | By: /s/ Robin P. Wright |
| 11 | | Robin P. Wright, Esq.<br>Attorneys for Defendant<br>South Pacific Financial Corporation |
| 12 | | |
| 13 | Dated: July 25, 2008 | BRYAN CAVE, LLP |
| 14 | | |
| 15 | | By: /s/ James Goldberg |
| 16 | | James Goldberg, Esq.<br>Attorneys for Defendant |
| 17 | | Countrywide Home Loans, Inc. |
| 18 | Dated: July 25, 2008 | RAGGHIANTI FREITAS, LLP |
| 19 | | |
| 20 | | By: /s/ Patrick M. Macias |
| 21 | | Patrick M. Macias, Esq.<br>Attorneys for Defendants |
| 22 | | Residential Mortgage Capital and James |
| 23 | | John Chapman |
| 24 | Dated: July 25, 2008 | SEVERSON & WERSON, APC |
| 25 | | |
| 26 | | By: /s/ Sunny S. Huo |
| 27 | | Sunny S. Huo, Esq.<br>Attorneys for Defendant |
| 28 | | GreenPoint Mortgage Funding, Inc. |

- 3 -
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C08-01972-JW-HRL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

GOOD CAUSE APPEARING, the Initial Case Management Conference in this matter is continued to _____, 2008, at _____ a.m.


Dated: _____              _____
                                          The Honorable James Ware
                                          United States District Judge