1 | Fred W. Schwinn (SBN 225575)
2 | CONSUMER LAW CENTER, INC.
  | 12 South First Street, Suite 1014
3 | San Jose, California 95113-2418
  | Telephone Number: (408) 294-6100
4 | Facsimile Number: (408) 294-6190
  | Email Address: fred.schwinn@sjconsumerlaw.com
5 |
  | Attorney for Plaintiff
6 | CARLOS H. PEREZ

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ, | Case No. C08-01972-JW-HRL |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| GMAC MORTGAGE USA CORPORATION, A/K/A GMAC MORTGAGE, LLC, a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a New York corporation; SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation; RESIDENTIAL MORTGAGE CAPITAL, D/B/A FIRST SECURITY LOAN; a California corporation; JAMES JOHN CHAPMAN, individually and in his official capacity; LUIS G. BARRIOS, individually and in his official capacity; ELIZABETH P. CAMPOS, individually and in her official | |

capacity; and DOES 1 through 20, inclusive,

Defendants.

WHEREAS, the Court has set an Initial Case Management Conference in this case for August 25, 2008, at 10:00 a.m.;

WHEREAS, not all of Defendants have yet been served, in fact, two Defendants are currently actively avoiding service;

WHEREAS, Defendant, GREENPOINT MORTGAGE FUNDING, INC., has filed a Motion to Dismiss which is set for hearing on October 6, 2008, at 9:00 a.m.;

WHEREAS, Defendants, GMAC MORTGAGE USA CORPORATION, HOMECOMINGS FINANCIAL, LLC, and EXECUTIVE TRUSTEE SERVICES, LLC, have filed a Partial Motion to Dismiss which is set for hearing on October 6, 2008, at 9:00 a.m.; and

WHEREAS, because the case is not at issue and numerous Defendants have not yet answered, it is currently not practical for the parties to complete their initial meet and confer to discuss discovery plans and settlement options.

In light of the foregoing, the undersigned parties, through their counsel, hereby request that the Court continue the Initial Case Management Conference currently set for August 25, 2008, at 10:00 a.m. to December 8, 2008 at 10:00 a.m. or to a convenient date thereafter.

IT IS SO STIPULATED.

Dated: July 25, 2008                               CONSUMER LAW CENTER, INC.


                                                   By: /s/ Fred W. Schwinn
                                                         Fred W. Schwinn, Esq.
                                                         Attorney for Plaintiff
                                                         Carlos H. Perez

1  Dated: July 25, 2008                              LOCKE LORD BISSELL & LIDDELL, LLP

3                                                    By: /s/ James Matthew Goodin
                                                         James Matthew Goodin, Esq.
4                                                        Attorneys for Defendants
                                                         GMAC Mortgage USA Corp.; Executive
5                                                        Trustee Service, LLC; and Homecomings
                                                         Financial LLC

8  Dated: July 25, 2008                              WRIGHT FINLAY & ZAK, LLP

                                                     By: /s/ Robin P. Wright
10                                                       Robin P. Wright, Esq.
                                                         Attorneys for Defendant
11                                                       South Pacific Financial Corporation

13 Dated: July 25, 2008                              BRYAN CAVE, LLP

15                                                   By: /s/ James Goldberg
                                                         James Goldberg, Esq.
16                                                       Attorneys for Defendant
                                                         Countrywide Home Loans, Inc.

18 Dated: July 25, 2008                              RAGGHIANTI FREITAS, LLP

20                                                   By: /s/ Patrick M. Macias
                                                         Patrick M. Macias, Esq.
21                                                       Attorneys for Defendants
                                                         Residential Mortgage Capital and James
22                                                       John Chapman

24 Dated: July 25, 2008                              SEVERSON & WERSON, APC

26                                                   By: /s/ Sunny S. Huo
                                                         Sunny S. Huo, Esq.
27                                                       Attorneys for Defendant
                                                         GreenPoint Mortgage Funding, Inc.

**ORDER**

GOOD CAUSE APPEARING, the Initial Case Management Conference in this matter is continued to ___November 3___, 2008, at __10___ a.m.

Dated: ___July 30, 2008___

_____
The Honorable James Ware
United States District Judge