DAVID M. STERNBERG (State Bar No. 96107)
DAVID M. STERNBERG & ASSOCIATES
540 Lennon Lane
Walnut Creek, California 94598
Telephone: (925) 946-1400
Facsimile: (925) 932-6986

Attorneys for LUIS G. BARRIOS
in the Bankruptcy Case Only
No General Appearance is Being Made

FILED

2008 AUG 12 P 2:12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CARLOS H. PEREZ, individually and on behalf of the general public,

Plaintiff,

vs.

GMAC MORTGAGE USA CORPORATION, et al.,

Defendants.

Case No.: C08-01972-JW-HRL

NOTICE OF STAY

BY FAX

To the CLERK OF THE U.S. DISTRICT COURT OF CALIFORNIA, NORTHERN DISTRICT, SAN JOSE DIVISION:

NOTICE IS HEREBY GIVEN that the foregoing case was stayed by the Chapter 7 Bankruptcy filing of LUIS G. BARRIOS. Attached hereto is a copy of the Notice of Chapter 7 Bankruptcy Case.

Dated: August 8, 2008

DAVID M. STERNBERG & ASSOCIATES

By_____
David M. Sternberg, Esq.
Attorneys for Luis G. Barrios

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)   Case Number 08-43706 RN 7

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Oakland)

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/16/08.

You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Luis Barrios<br>aka Luis Naranjo<br>235 Reflections Dr. # 16<br>San Ramon, CA 94583 | Elizabeth Campos<br>aka Elizabeth Campos-Lefevre, aka Elizabeth Barrios<br>235 Reflections Dr. # 16<br>San Ramon, CA 94583 |
| Case Number:<br>08-43706 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-4624<br>xxx-xx-7619 |
| Attorney for Debtor(s) (name and address):<br>David M. Sternberg<br>Sternberg and Coad-Hermelin<br>540 Lennon Ln.<br>Walnut Creek, CA 94598<br>Telephone number: (925)946-1400 | Bankruptcy Trustee (name and address):<br>Paul Mansdorf<br>1563 Solano Ave. #703<br>Berkeley, CA 94707<br>Telephone number: (510)526-5993 |

### Meeting of Creditors

Date: August 13, 2008   Time: 03:00 PM
Location: Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government-issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 10/14/08**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>1300 Clay Street #300 (94612)<br>Post Office Box 2070<br>Oakland, CA 94604-2070<br>Telephone number: 510-879-3600<br>Hours Open: Monday - Friday 9:00 AM - 4:30 PM | For the Court:<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin<br><br>Date: 7/17/08 |

**PROOF OF SERVICE**
*Carlos H. Perez v. GMAC Mortgage USA*
Northern District Court of California, San Jose Division Case No. C08-01972-JW-HRL

I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 540 Lennon Lane, Walnut Creek, California 94598. On the date listed below, I served the following document:

1. NOTICE OF STAY.

| | |
|---|---|
| Fred W. Schwinn, Esq.<br>CONSUMER LAW CENTER, INC.<br>12 South First Street, Suite 1014<br>San Jose, CA 95113-2418<br>Telephone:   (408) 296-6100<br>Facsimile:    (408) 294-6100 | Attorneys for Plaintiff CARLOS H. PEREZ |
| Balám O. Letona, Esq.<br>LAW OFFICE OF BALÁM O. LETONA, INC.<br>1347 Pacific Avenue, Suite 203<br>Santa Cruz, CA 95060-3940<br>Telephone:   (831) 421-0200<br>Facsimile:    (831) 621-9659 | Attorneys for Plaintiff CARLOS H. PEREZ |

[XX]  **BY FIRST CLASS MAIL**. I caused such envelope with postage thereon fully prepaid to be placed in the U.S. mail, Walnut Creek, California.

[  ]  **BY FEDERAL EXPRESS**. I caused such envelope to be deposited in a Federal Express Box for overnight delivery in Walnut Creek, California.

[  ]  **BY PERSONAL SERVICE**. I caused such envelope to be delivered by hand to the offices of the addressee as indicated above.

[  ]  **VIA FACSIMILE TRANSMISSION**. By sending true copies thereof transmission to the parties and/or counsel of record.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am readily familiar with the business practice for collection and processing of documents for transmitting via U.S. Mail and that this declaration is executed at Walnut Creek, California.

DATED: August 12, 2008

Susan L. Klekar

1    PROOF OF SERVICE RE: NOTICE OF STAY