AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| CARLOS H. PEREZ | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| GMAC MORTGAGE USA CORPORATION, et al. | ) | C08 01972 |
| Defendant | ) | |

**Summons in a Civil Action**

ADR  E-FILING  HRL

To: PAUL RAY ANDRUS
    *(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APR 1 5 2008

Richard W. Wieking
Name of clerk of court

*Tiffany Salinas-Harwell*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __08/07/2008__,
by:

    (1) personally delivering a copy of each to the individual at this place, __38669 Spetti Court, Fremont CA 94536-4344. Served Paul Ray Andrus at 8:02AM__ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____

My fees are $ __180.00__ for travel and $ __0.00__ for services, for a total of $ __180.00__.

Date: __08/13/2008__

Server's signature

Samuel E. Tomlin / Bear Flag Process Services
Printed name and title

1232 Market Street, Suite 106
San Francisco CA 94102
Server's address