IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS H. PEREZ,

                Plaintiff,

v.

GMAC MORTGAGE USA
CORPORATION, et al.,

                Defendants.

Case No. C08-01972-JW-HRL

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs that any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5.)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)*

_____

_____

The parties agree to hold the ADR session by:
- ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☐ other requested deadline _____

Dated: October 14, 2008

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
Carlos H. Perez

Dated: October 14, 2008                          LOCKE LORD BISSELL & LIDDELL, LLP


By: /s/ James Matthew Goodin
    James Matthew Goodin, Esq.
    Attorneys for Defendants
      GMAC Mortgage USA Corp.; Executive Trustee Service, LLC; and Homecomings Financial LLC


Dated: October 14, 2008                          WRIGHT FINLAY & ZAK, LLP


By: /s/ Sonia A. Plesset
    Sonia A. Plesset, Esq.
    Attorneys for Defendant
    South Pacific Financial Corporation


Dated: October 14, 2008                          RAGGHIANTI FREITAS, LLP


By: /s/ Sarah N. Leger
    Sarah N. Leger, Esq.
    Attorneys for Defendants
      Residential Mortgage Capital and James John Chapman


Dated: October 14, 2008                          SEVERSON & WERSON, APC


By: /s/ Sunny S. Huo
    Sunny S. Huo, Esq.
    Attorneys for Defendant
    GreenPoint Mortgage Funding, Inc.

JW
## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: October 27, 2008

UNITED STATES
DISTRICT ~~MAGISTRATE~~ JUDGE