IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Carlos H. Perez,   NO. C 08-01972 JW

    Plaintiff,   **ORDER VACATING CASE MANAGEMENT CONFERENCE**

  v.

GMAC Mortgage USA Corp., et al.,

    Defendants.
                                     /

    In light of the pending motions to dismiss, the November 3, 2008 Case Management Conference is VACATED. The Court will set a new date for a Case Management Conference in its Order addressing the pending motions.

Dated: October 29, 2008

                                                   JAMES WARE
                                                   United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Balam Osberto Letona letonalaw@gmail.com
Fred W. Schwinn fred.schwinn@sjconsumerlaw.com
James Matthew Goodin jmgoodin@lockelord.com
John Michael Hochhausler jhochhausler@lockelord.com
Joshua Eric Whitehair jew@severson.com
Nina  Huerta nhuerta@lockelord.com
Patrick M. Macias pmacias@rflawllp.com
Robin Prema Wright rwright@wrightlegal.net
Sanford Philip Shatz Sandy_Shatz@Countrywide.com
Sara Jean Lipowitz saral@lipowitzsolutions.com
Sarah N. Leger sleger@rflawllp.com
Sonia Ariella Plesset splesset@wrightlegal.net
Stephanie Ann Blazewicz stephanie.blazewicz@bryancave.com
Sunny S. Huo ssh@severson.com
Thomas J. Cunningham tcunningham@lockelord.com

**Dated:  October 29, 2008**                                **Richard W. Wieking, Clerk**

                                                             **By:      /s/ JW Chambers                         **
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California