Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Balám O. Letona (SBN 229642)
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, California 95060-3940
Telephone Number: (831) 421-0200
Facsimile Number: (831) 621-9659
Email Address: letonalaw@gmail.com

Sara J. Lipowitz (SBN 209163)
LAW OFFICE OF SARA J. LIPOWITZ
303 Potrero Street, Suite 27
Santa Cruz, California 95060-2782
Telephone Number: (831) 427-0546
Facsimile Number: (831) 427-0530
Email Address: saral@lipowitzsolutions.com

Attorneys for Plaintiff
CARLOS H. PEREZ

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ,<br><br>                              Plaintiff,<br><br>     v.<br><br>GMAC MORTGAGE USA CORPORATION, A/K/A GMAC MORTGAGE, LLC, a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation; PAUL RAY ANDRUS, individually and in his official capacity; HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; | Case No. C08-01972-JW-HRL<br><br>**STIPULATION OF PARTIAL DISMISSAL AND [~~PROPOSED~~] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., a New York corporation;  SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation;  RESIDENTIAL MORTGAGE CAPITAL, D/B/A FIRST SECURITY LOAN; a California corporation;  JAMES JOHN CHAPMAN, individually and in his official capacity;  LUIS G. BARRIOS, individually and in his official capacity;  ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, CARLOS H. PEREZ, and Defendant, COUNTRYWIDE HOME LOANS, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between Plaintiff, CARLOS H. PEREZ, and Defendant, COUNTRYWIDE HOME LOANS, INC., has been settled, therefore, the claims asserted by Plaintiff, CARLOS H. PEREZ, against Defendant, COUNTRYWIDE HOME LOANS, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  Each party will bear their own attorney fees and costs.

Dated:  December 8, 2008         /s/ Fred W. Schwinn
                                 Fred W. Schwinn, Esq.
                                 Attorney for Plaintiff
                                 CARLOS H. PEREZ

Dated:  December 8, 2008         /s/ Stephanie A. Blazewicz
                                 Stephanie A. Blazewicz, Esq.
                                 Attorney for Defendant
                                 COUNTRYWIDE HOME LOANS, INC.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:  December 12, 2008        _____
                                 The Honorable James Ware
                                 United States District Judge