LOCKE LORD BISSELL & LIDDELL LLP
John Hochhausler (SBN: 143801)
jhochhausler@lockelord.com
Nina Huerta (SBN: 229070)
nhuerta@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Phone: 213-485-1500
Fax: 213-485-1200

Thomas J. Cunningham (*pro hac vice* application pending)
tcunningham@lockelord.com
J. Matthew Goodin (*pro hac vice* application pending)
mgoodin@lockelord.com
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-0472
Fax: 312-896-6472

Attorneys for Defendants
GMAC MORTGAGE USA CORPORATION,
HOMECOMINGS FINANCIAL, LLC and
EXECUTIVE TRUSTEE SERVICES, LLC

*GRANTED*
*[Judge James Ware signature]*
1/6/2009

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ, individually and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE USA CORPORATION a/k/a GMAC MORTGAGE, LLC, a Delaware corporation, et al.,<br><br>Defendants. | CASE NO. C08-01972-HRL<br><br>Honorable James Ware<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT** |

WHEREAS, the Court ruled on Defendants GMAC Mortgage USA Corporation ("GMACM USA"), Homecomings Financial, LLC ("Homecomings") and Executive Trustee Services, LLC's ("ETS") Motion to Dismiss the First Amended Complaint ("FAC") on December 17, 2008, making the original deadline to respond January 2, 2009.

1

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT
*Perez v. GMAC Mortgage USA Corporation, et al.*, No. C08-01972-HRL

WHEREAS, in light of scheduling conflicts during the holiday season, the numerous defendants named in this proceeding and the numerous causes of action asserted in the FAC, the parties have agreed that GMACM USA, Homecomings and ETS may have additional time, up to and including January 16, 2009, to answer or otherwise plead in response to the FAC;

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that GMACM USA, Homecomings and ETS shall have up to and including <u>January 16, 2009</u> to answer or otherwise plead in response to the FAC.

Dated: December 31, 2008        LOCKE LORD BISSELL & LIDDELL LLP


By: /s/ Nina Huerta
     Nina Huerta
One of the Attorneys for Defendants GMAC MORTGAGE USA CORPORATION, HOMECOMINGS FINANCIAL, LLC and EXECUTIVE TRUSTEE SERVICES, LLC

Dated: December 31, 2008        CONSUMER LAW CENTER, INC.


By: /s/ Fred W. Schwinn
     Fred W. Schwinn
One of the Attorneys for Plaintiff CARLOS H. PEREZ

2

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT
*Perez v. GMAC Mortgage USA Corporation, et al.*, No. C08-01972-HRL

## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

Dated: December 31, 2008

LOCKE LORD BISSELL & LIDDELL LLP

By: /s/ Nina Huerta
Nina Huerta
One of the Attorneys for Defendants GMAC MORTGAGE USA CORPORATION, HOMECOMINGS FINANCIAL, LLC and EXECUTIVE TRUSTEE SERVICES, LLC

LA 615440v.1

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT
*Perez v. GMAC Mortgage USA Corporation, et al.*, No. C08-01972-HRL