

1  LOCKE LORD BISSELL & LIDDELL LLP
   John Hochhausler (SBN: 143801)
2  jhochhausler@lockelord.com
   Nina Huerta (SBN: 229070)
3  nhuerta@lockelord.com
   300 South Grand Avenue, Suite 800
4  Los Angeles, CA  90071
   Phone:  213-485-1500
5  Fax:  213-485-1200

6  Thomas J. Cunningham (*pro hac vice*)
   tcunningham@lockelord.com
7  J. Matthew Goodin (*pro hac vice*)
   mgoodin@lockelord.com
8  111 South Wacker Drive
   Chicago, Illinois  60606
9  Phone:  312-443-0472
   Fax:  312-896-6472
10
   Attorneys for Defendants
11 GMAC MORTGAGE USA CORPORATION,
   HOMECOMINGS FINANCIAL, LLC and
12 EXECUTIVE TRUSTEE SERVICES, LLC

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ, individually and on behalf of the general public, | CASE NO. C08-01972-JW |
| Plaintiff, | Hon. James Ware |
| v. | **[PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT AND SETTING ASSOCIATED DEADLINES** |
| GMAC MORTGAGE USA CORPORATION a/k/a GMAC MORTGAGE, LLC, a Delaware corporation, et al., | |
| Defendants. | |

Having read the Stipulation re Filing of Second Amended Complaint and Associated Deadlines, and good cause appearing:

(1)   Plaintiff is granted leave to file a Second Amended Complaint on or before February 13, 2009;

1

[PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT AND SETTING ASSOCIATED DEADLINES
*Perez v. GMAC Mortgage USA Corporation, et al.*, No. C08-01972-JW

   (2) Defendants will have until March 6, 2009, to answer or otherwise respond to Plaintiff's SAC; and

   (3) Defendants shall have no obligation to respond to the existing First Amended Complaint.

   IT IS SO ORDERED.

Dated: January 23, 2009

               _____
               Hon. James Ware
               UNITED STATES DISTRICT JUDGE

**Locke Lord Bissell & Liddell LLP**
300 South Grand Avenue, Eighth Floor
Los Angeles, CA, 90071-3119

2

[PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT AND SETTING ASSOCIATED DEADLINES
*Perez v. GMAC Mortgage USA Corporation, et al.*, No. C08-01972-JW