1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Balám O. Letona (SBN 229642)
   LAW OFFICE OF BALÁM O. LETONA, INC.
6  1347 Pacific Avenue, Suite 203
   Santa Cruz, California 95060-3940
7  Telephone Number: (831) 421-0200
   Facsimile Number: (831) 621-9659
8  Email Address: letonalaw@gmail.com

9  Sara J. Lipowitz (SBN 209163)
10 LAW OFFICE OF SARA J. LIPOWITZ
   303 Potrero Street, Suite 27
11 Santa Cruz, California 95060-2782
   Telephone Number: (831) 427-0546
12 Facsimile Number: (831) 427-0530
   Email Address: saral@lipowitzsolutions.com
13
   Attorneys for Plaintiff
14 CARLOS H. PEREZ

*IT IS SO ORDERED*
*Judge James Ware*

15

16              UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                       SAN JOSE DIVISION

18 | CARLOS H. PEREZ, | Case No. C08-01972-JW-HRL |
19 |        Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE PRELIMINARY PRETRIAL CONFERENCE** |
20 | v. | |
21 | GMAC MORTGAGE USA CORPORATION, A/K/A GMAC MORTGAGE, LLC, a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; EXECUTIVE TRUSTEE SERVICES, LLC, a Delaware limited liability company; GREENPOINT MORTGAGE FUNDING, INC., a New York corporation; ANDRUS & ASSOCIATES, INC., a California corporation;  PAUL RAY ANDRUS, individually and in his official capacity;  HOMECOMINGS FINANCIAL, LLC, a Delaware limited liability company; COUNTRYWIDE HOME LOANS, INC., a | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |

- 1 -

NOTICE OF SETTLEMENT                                Case No. C08-01972-JW-HRL

|  |  |
|---|---|
| 1 | New York corporation;  SOUTH PACIFIC FINANCIAL CORPORATION, a California corporation;  RESIDENTIAL MORTGAGE CAPITAL, D/B/A FIRST SECURITY LOAN; a California corporation;  JAMES JOHN CHAPMAN, individually and in his official capacity;  LUIS G. BARRIOS, individually and in his official capacity;  ELIZABETH P. CAMPOS, individually and in her official capacity; and DOES 1 through 20, inclusive, |
| | Defendants. |

COMES NOW the Plaintiff, CARLOS H. PEREZ, by and through his counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and notifies the Court that this case has been conditionally settled. The parties have signed a settlement agreement calling for certain payments to be made through July 31, 2009. Once all payments under the settlement agreement have been paid, the parties will file a Stipulation of Dismissal with Prejudice in this case.

In light of the forgoing, Plaintiff requests that the Preliminary Pretrial Conference scheduled for July 13, 2009, be continued for 60 days to allow the parties time to consummate the settlement and file a stipulation dismissing this case.

| | |
|---|---|
| Dated:  June 15, 2009 | /s/ Fred W. Schwinn<br>Fred W. Schwinn (SBN 225575)<br>CONSUMER LAW CENTER, INC.<br>12 South First Street, Suite 1014<br>San Jose, California  95113-2418<br>Telephone Number: (408) 294-6100<br>Facsimile Number: (408) 294-6190<br>Email Address: fred.schwinn@sjconsumerlaw.com<br><br>Sara J. Lipowitz (SBN 209163)<br>LAW OFFICE OF SARA J. LIPOWITZ<br>303 Potrero Street, Suite 27<br>Santa Cruz, California 95060-2782<br>Telephone Number: (831) 427-0546<br>Facsimile Number: (831) 427-0530<br>Email Address: saral@lipowitzsolutions.com<br><br>Balám O. Letona (SBN 229642)<br>LAW OFFICE OF BALÁM O. LETONA, INC.<br>1347 Pacific Avenue, Suite 203<br>Santa Cruz, California 95060-3940<br>Telephone Number: (831) 421-0200<br>Facsimile Number: (831) 621-9659<br>Email Address: letonalaw@gmail.com |

**\*\*\* ORDER \*\*\***

On June 15, 2009, the Plaintiff notified the Court that the above-entitled matter has reached a settlement.  (See Docket Item No. 118.)  In light of the settlement, the Court vacates all trial and pretrial dates.  On or before **August 17, 2009**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca on **August 31, 2009 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  On or before **August 17, 2009**, the parties shall file a joint statement in response to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  July 1, 2009

_____
JAMES WARE
United States District Judge