1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   CARLOS H. PEREZ
6

7

8              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                   SAN JOSE DIVISION

10 | CARLOS H. PEREZ,                                      | Case No. C08-01972-JW-HRL
11 |                                                       |
12 |                      Plaintiff,                       | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**
   |         v.                                            |
13 |                                                       | Fed. R. Civ. P. 41(a)(1)
14 | GMAC MORTGAGE USA CORPORATION,                        |
   | A/K/A GMAC MORTGAGE, LLC, a Delaware                  |
15 | corporation; MORTGAGE ELECTRONIC                      |
   | REGISTRATION SYSTEMS, INC., a                         |
16 | Delaware corporation; EXECUTIVE                       |
   | TRUSTEE SERVICES, LLC, a Delaware                     |
17 | limited liability company; GREENPOINT                 |
   | MORTGAGE FUNDING, INC., a New York                    |
18 | corporation; ANDRUS & ASSOCIATES,                     |
   | INC., a California corporation;  PAUL RAY             |
19 | ANDRUS, individually and in his official              |
   | capacity; HOMECOMINGS FINANCIAL,                      |
20 | LLC, a Delaware limited liability company;            |
   | COUNTRYWIDE HOME LOANS, INC., a                       |
21 | New York corporation; SOUTH PACIFIC                   |
22 | FINANCIAL CORPORATION, a California                   |
   | corporation; RESIDENTIAL MORTGAGE                     |
23 | CAPITAL, D/B/A FIRST SECURITY LOAN;                   |
   | a California corporation;  JAMES JOHN                 |
24 | CHAPMAN, individually and in his official             |
   | capacity;  LUIS G. BARRIOS, individually and          |
25 | in his official capacity;  ELIZABETH P.               |
26 | CAMPOS, individually and in her official              |
   | capacity; and DOES 1 through 20, inclusive,           |
27 |                                                       |
28 |                     Defendants.                       |

- 1 -

STIPULATION OF DISMISSAL AND ORDER                               Case No. C08-01972-JW-HRL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, CARLOS H. PEREZ, and Defendants, GMAC MORTGAGE USA CORPORATION, A/K/A GMAC MORTGAGE, LLC, EXECUTIVE TRUSTEE SERVICES, LLC, GREENPOINT MORTGAGE FUNDING, INC., HOMECOMINGS FINANCIAL, LLC, SOUTH PACIFIC FINANCIAL CORPORATION, RESIDENTIAL MORTGAGE CAPITAL, D/B/A FIRST SECURITY LOAN and JAMES JOHN CHAPMAN, stipulate, and the Court hereby orders, as follows:

1. The dispute between the stipulating parties has been settled, therefore, the claims asserted by Plaintiff, CARLOS H. PEREZ, against Defendants, GMAC MORTGAGE USA CORPORATION, A/K/A GMAC MORTGAGE, LLC, EXECUTIVE TRUSTEE SERVICES, LLC, GREENPOINT MORTGAGE FUNDING, INC., HOMECOMINGS FINANCIAL, LLC, SOUTH PACIFIC FINANCIAL CORPORATION, RESIDENTIAL MORTGAGE CAPITAL, D/B/A FIRST SECURITY LOAN and JAMES JOHN CHAPMAN, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. Defendant, COUNTRYWIDE HOME LOANS, INC., was previously dismissed from this case, with prejudice, on December 12, 2008. (Doc. 87).

3. Defendants, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ANDRUS & ASSOCIATES, INC., PAUL RAY ANDRUS, LUIS G. BARRIOS and ELIZABETH P. CAMPOS, have not appeared in this case. Plaintiff, CARLOS H. PEREZ, hereby dismisses this case with regard to Defendants, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ANDRUS & ASSOCIATES, INC., PAUL RAY ANDRUS, LUIS G. BARRIOS and ELIZABETH P. CAMPOS, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

4. All parties in this case having been dismissed, the Clerk of the Court will close this case.

1    IT IS SO STIPULATED.

2    Dated: August 12, 2009                           CONSUMER LAW CENTER, INC.

3

4                                                     By: /s/ Fred W. Schwinn
                                                          Fred W. Schwinn, Esq.
5                                                         Attorney for Plaintiff
                                                          Carlos H. Perez
6

7
     Dated: August 12, 2009                           LOCKE LORD BISSELL & LIDDELL, LLP
8

9
                                                      By: /s/ James Matthew Goodin
10                                                        James Matthew Goodin, Esq.
                                                          Attorneys for Defendants
11                                                        GMAC Mortgage USA Corp.; Executive
                                                          Trustee Service, LLC; and Homecomings
12                                                        Financial LLC

13

14   Dated: August 12, 2009                           WRIGHT FINLAY & ZAK, LLP

15

16                                                    By: /s/ Robin P. Wright
                                                          Robin P. Wright, Esq.
17                                                        Attorneys for Defendant
                                                          South Pacific Financial Corporation
18

19
     Dated: August 12, 2009                           RAGGHIANTI FREITAS, LLP
20

21
                                                      By: /s/ Robert F. Epstein
22                                                        Robert F. Epstein, Esq.
                                                          Attorneys for Defendants
23                                                        Residential Mortgage Capital and James
                                                          John Chapman
24

25

26

27

28

- 3 -
STIPULATION OF DISMISSAL AND ORDER                                    Case No. C08-01972-JW-HRL

- 4 -

1  Dated: August 12, 2009                              SEVERSON & WERSON, APC

2

3                                                     By: /s/ Sunny S. Huo
                                                          Sunny S. Huo, Esq.
4                                                         Attorneys for Defendant
                                                          GreenPoint Mortgage Funding, Inc.
5

6  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
7  The Court terminates any remaining deadlines, hearings or motions. The Clerk shall close this file.

8  Dated:  August 17, 2009                            _____
                                                      The Honorable James Ware
9                                                     United States District Judge